1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, ROCKY MOUNTAIN CLEAN AIR ACTION, COALITION FOR A SAFE ENVIRONMENT, and PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency<br><br>Defendant | Case No.<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1    Robert Ukeiley, an active member in good standing of the bar of Kentucky (No. 90056), whose business address and telephone number are 435R Chestnut Street, Suite 1, Berea, KY 40403, (859) 986-5402, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Communities for a Better Environment, Rocky Mountain Clean Air Action, Coalition for a Safe Environment, and Physicians for Social Responsibility-Los Angeles.

IT IS HEREBY ORDERED THAT

1. the application is granted, subject to the terms and conditions of Civil Local Rule 11-3.

2. All papers filed by the attorney must indicate appearance *pro hac vice*.

3. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

4. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____     _____
                          United States District Judge

[PROPOSED] ORDER GRANTING ADMISSION OF ATTORNEY *PRO HAC VICE*