# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: July 31, 2007

Name of SERVER: Shana Lazerow

TITLE: attorney

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served: Served on Diann Lackey, paralegal
United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 31, 2007
Date

Signature of Server

Address of Server: 1440 Broadway, Suite 701, Oakland CA 94612

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure