1
2
3
4
5
6
7

E-Filing

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION
11
12
13  COMMUNITIES FOR A BETTER           Case No. 07-3678
    ENVIRONMENT, ROCKY MOUNTAIN
14  CLEAN AIR ACTION, COALITION FOR
    A SAFE ENVIRONMENT, and            [PROPOSED] ORDER GRANTING
15  PHYSICIANS FOR SOCIAL              APPLICATION FOR ADMISSION OF
    RESPONSIBILITY-LOS ANGELES,        ATTORNEY *PRO HAC VICE*
16
            Plaintiffs,
17
        v.
18
    UNITED STATES ENVIRONMENTAL
19  PROTECTION AGENCY and STEPHEN L.
    JOHNSON, as Administrator of the United
20  States Environmental Protection Agency

21          Defendant
22
23
24
25
26
27
28

1  Robert Ukeiley, an active member in good standing of the bar of Kentucky (No.
2  90056), whose business address and telephone number are 435R Chestnut Street, Suite 1,
3  Berea, KY 40403, (859) 986-5402, has applied in the above-entitled action for admission to
4  practice in the Northern District of California on a *pro hac vice* basis, representing
5  Communities for a Better Environment, Rocky Mountain Clean Air Action, Coalition for a
6  Safe Environment, and Physicians for Social Responsibility-Los Angeles.

IT IS HEREBY ORDERED THAT

1. the application is granted, subject to the terms and conditions of Civil Local Rule 11-3.

2. All papers filed by the attorney must indicate appearance *pro hac vice*.

3. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

4. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: AUG 1 7 2007

*Jeffrey S. White*
United States District Judge

[PROPOSED] ORDER GRANTING ADMISSION OF ATTORNEY *PRO HAC VICE*