SCOTT N. SCHOOLS
Acting United States Attorney

CHARLES M. O'CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave., 10th Floor
San Francisco, California 94102
Tel:    (415) 436-7180

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

PAMELA S. TONGLAO
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 305-0897
Fax:    (202) 514-8865
Email: pamela.tonglao@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, et al., | Case No. 3:07-cv-3678 JSW |
| Plaintiffs, | NOTICE OF APPEARANCE |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, | |
| Defendants. | |

Please enter the appearance of Pamela S. Tonglao as counsel for Defendants United States Environmental Protection Agency, and Stephen L. Johnson, Administrator, in the above-captioned matter. Please direct all future pleadings and correspondence to:

NOTICE OF APPEARANCE
Case No. 07-cv-3678 JSW

-2-

**MAILING ADDRESS**
Pamela S. Tonglao
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986

**OVERNIGHT ADDRESS (not to be used for regular mail)**
Pamela S. Tonglao
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D. Street, N.W., Suite 8000
Washington, D.C. 20004

**TELEPHONE**     (202) 305-0897

**FACSIMILE**     (202) 514-8865

**E-MAIL**         pamela.tonglao@usdoj.gov

                        Respectfully submitted,

Dated:   August 17, 2007     SCOTT N. SCHOOLS
                                      Acting United States Attorney

                                        RONALD J. TENPAS
                                        Acting Assistant Attorney General
                                        Environment & Natural Resources Division

                                         /s/ Pamela S. Tonglao
                                        PAMELA S. TONGLAO
                                        Trial Attorney
                                        United States Department of Justice
                                        Environmental Defense Section
                                        P.O. Box 23986
                                        Washington, D.C. 20026-3986

**CERTIFICATE OF SERVICE**

On August 17, 2007, a true and correct copy of the foregoing Notice of Appearance was served electronically via the Court's e-filing system to Counsel of Record.

          /s/ Pamela S. Tonglao
          Pamela S. Tonglao