# United States District Court
NORTHERN DISTRICT OF CALIFORNIA
### E-Filing

Communities for a Better Environment, Rocky Mountain Clean Air Action, Coalition for a Safe Environment, Physicians for Social Responsibility

v.

United States Environmental Protection Agency, and Stephen L. Johnson, as Administrator of the Unites States Protection Agency

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:



C 07 3678

**JSW**

TO: (Name and address of defendant)

Stephen L. Johnson
Administrator
Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N. W.
Washington, DC 20460

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shana Lazerow
Philip Huang
Communities for a Better Environment
1440 Broadway Suite 701
Oakland, California 94612

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE_____

MARY ANN BUCKLEY
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9/4/07 |
| Name of SERVER | TITLE |
| Beth Perkins | legal assistant |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): certified mail return receipt requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/12/07
                Date

Signature of Server

435R Chestnut St Ste 1
Berea KY 40403
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CONRRQS

Attorney General
Paul Clement
US Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): AUG 04 2007
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7006 0100 0006 7192 4126

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540