1  SCOTT N. SCHOOLS
   Acting United States Attorney
2  CHARLES M. O'CONNOR (CA State Bar No. 56320)
   Assistant United States Attorney
3  450 Golden Gate Ave., 10th Floor
   San Francisco, California 94102
4  Tel:   (415) 436-7180

5  RONALD J. TENPAS
   Acting Assistant Attorney General
6  Environment and Natural Resources Division
   PAMELA S. TONGLAO
7  Trial Attorney
   U.S. Department of Justice
8  Environmental Defense Section
   P.O. Box 23986
9  Washington, D.C. 20026-3986
   Tel:   (202) 305-0897
10 Fax:   (202) 514-8865
   Email: pamela.tonglao@usdoj.gov
11
12 ATTORNEYS FOR DEFENDANTS

13
                IN THE UNITED STATES DISTRICT COURT
14            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION
15

16  COMMUNITIES FOR A BETTER              )   Case No.  C 07-3678 JSW
    ENVIRONMENT, ROCKY MOUNTAIN           )
17  CLEAN AIR ACTION, COALITION FOR       )
    A SAFE ENVIRONMENT, and               )   **STIPULATION TO EXTEND TIME**
18  PHYSICIANS FOR SOCIAL                 )   **FOR DEFENDANTS TO RESPOND**
    RESPONSIBILITY-LOS ANGELES,           )   **TO COMPLAINT**
19                                        )
              Plaintiffs,                 )
20                                        )
          v.                              )
21                                        )
                                          )
22  UNITED STATES ENVIRONMENTAL           )
    PROTECTION AGENCY, and STEPHEN        )
23  L. JOHNSON, Administrator of the United )
    States Environmental Protection Agency, )
24                                        )
              Defendants.                 )
25                                        )
                                          )
26  _____)

27
28

Stip to Extend Time
Case No. 07-3678 JSW

1  Pursuant to Local Rules 6-2 and 7-12, Plaintiffs and Defendants, by and through their
2  undersigned counsel, hereby stipulate to the entry of an order that extends by eight days – to
3  October 9, 2007 – the United States' deadline for responding to Plaintiff's Complaint. No
4  previous requests for extensions of time have been filed. The parties believe this short extension
5  will not adversely affect the schedule of this case.

7  FOR PLAINTIFFS:

8  s/ Robert Ukeiley                    Dated: September 24, 2007
   ROBERT UKEILEY
9  Law Office of Robert Ukeiley
   435R Chestnut Street, Ste. 1
10 Berea, KY 40403
   Tel: (859) 986-5402
11 Fax: (866) 618-1017
   rukeiley@igc.org

13 FOR DEFENDANTS:

14 s/ Pamela S. Tonglao                 Dated: September 24, 2007
   PAMELA S. TONGLAO
15 United States Department of Justice
   Environment & Natural Resources Division
16 Environmental Defense Section
   P.O. Box 23986
17 Washington, D.C. 20026-3986
   (202) 305-0897
18 Fax: (202) 514-8865
   pamela.tonglao@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

September 25, 2007                              s/ Pamela S. Tonglao
                                                Pamela S. Tonglao