SCOTT N. SCHOOLS
Acting United States Attorney
CHARLES M. O'CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave., 10th Floor
San Francisco, California 94102
Tel:   (415) 436-7180

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
PAMELA S. TONGLAO
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:   (202) 305-0897
Fax:   (202) 514-8865
Email: pamela.tonglao@usdoj.gov

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, ROCKY MOUNTAIN CLEAN AIR ACTION, COALITION FOR A SAFE ENVIRONMENT, and PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No.  C 07-3678 JSW<br><br>**ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

Answer to Complaint
Case No. 07-3678 JSW

Defendants U.S. Environmental Protection Agency, and Stephen L. Johnson, Administrator, (collectively "EPA"), by and through counsel, hereby answer Plaintiffs' Complaint.

## GENERAL DENIAL

Except as expressly admitted herein, EPA denies each and every allegation in the Complaint.

## SPECIFIC RESPONSES

EPA responds to the correspondingly numbered paragraphs of the Complaint as follows:

### INTRODUCTION

1. The first sentence of this paragraph is a characterization of Plaintiffs' lawsuit to which no response is required. The second and third sentences of Paragraph 1 consist of conclusions of law to which no response is required. EPA admits that it has not completed a review of the air quality criteria for carbon monoxide ("CO") since 2000 and that it has not completed a review of the national ambient air quality standards ("NAAQS") for CO since 1994. The fifth sentence of Paragraph 1 consists of conclusions of law to which no response is required. To the extent that the fifth sentence of Paragraph 1 could be read to contain factual allegations, the United States is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies those allegations. EPA is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the sixth sentence of this paragraph and therefore denies those allegations.

### JURISDICTION

2. This paragraph consists of legal conclusions to which no response is required.

### VENUE

3. EPA admits that the main office for Region 9 is located at 75 Hawthorne Street, San Francisco, California. The remainder of the first sentence of this paragraph is a legal conclusion to which no response is required. The second sentences of this paragraph consists of legal conclusions to which no response is required. EPA is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the third sentence of this

paragraph and therefore denies those allegations. EPA admits the allegations of the fourth sentence of this paragraph.

### INTRADISTRICT ASSIGNMENT

4. This paragraph consists of legal conclusions to which no response is required.

### THE PARTIES

5. EPA is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within this paragraph and therefore denies those allegations. To the extent this paragraph consists of legal conclusions, no response is required.

6. EPA is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within this paragraph and therefore denies those allegations. To the extent this paragraph consists of legal conclusions, no response is required.

7. EPA is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within this paragraph and therefore denies those allegations. To the extent this paragraph consists of legal conclusions, no response is required.

8. EPA is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within this paragraph and therefore denies those allegations. To the extent this paragraph consists of legal conclusions, no response is required.

9. This paragraph consists of legal conclusions to which no response is required. To the extent that Paragraph 9 could be read to contain factual allegations, EPA is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies those allegations.

10. EPA admits that it is an agency of the United States government and is responsible for administering and implementing the Clean Air Act.

11. EPA admits that Stephen Johnson is Administrator of the EPA and is authorized to review the air quality criteria and NAAQS periodically and to make such revisions in such criteria and standards and promulgate such new standards as may be appropriate. EPA is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 11 and therefore denies those allegations.

## LEGAL AND FACTUAL BACKGROUND

12. This paragraph characterizes portions of the Clean Air Act and a Federal Register notice. EPA admits that the Clean Air Act and the Federal Register notice say what they say. EPA denies the allegations contained in Paragraph 12 to the extent they are inconsistent with the Clean Air Act or the Federal Register notice.

13. This paragraph characterizes portions of the Clean Air Act. EPA admits that the Clean Air Act says what it says. EPA denies the allegations contained in Paragraph 13 to the extent they are inconsistent with the Clean Air Act.

14. EPA admits the allegations contained in Paragraph 14.

15. This paragraph characterizes portions of the Clean Air Act. EPA admits that the Clean Air Act says what it says. EPA denies the allegations contained in Paragraph 15 to the extent they are inconsistent with the Clean Air Act.

16. EPA admits that it has a duty to periodically review the air quality criteria and national ambient air quality standards and make such revisions in such criteria and standards and promulgate such new standards as may be appropriate pursuant to the Clean Air Act. The remaining allegations in this paragraph characterize portions of Federal Register notices. EPA admits that the Federal Register notices say what they say. EPA denies the allegations contained in Paragraph 16 to the extent they are inconsistent with the Federal Register notices.

17. EPA admits that it has not completed a review of the air quality criteria for CO since 2000 and has not completed a review of the CO NAAQS since 1994. The remainder of this paragraph consists of legal conclusions to which no response is required.

18. EPA admits that it received from Plaintiffs a notice of intent to sue dated April 26, 2007.

19. EPA admits that carbon monoxide can cause death to humans and other animals at sufficiently high levels and can cause other adverse health effects at lower levels. The remainder of this paragraph characterizes portions of the Air Quality Criteria Document for Carbon Monoxide. EPA admits that the Air Quality Criteria Document for Carbon Monoxide says what it says. EPA denies the allegations contained in Paragraph 19 to the extent they are inconsistent

with the Air Quality Criteria Document for Carbon Monoxide.

20. This paragraph characterizes portions of the Air Quality Criteria Document for Carbon Monoxide. EPA admits that the Air Quality Criteria Document for Carbon Monoxide says what it says. EPA denies the allegations contained in Paragraph 20 to the extent they are inconsistent with the Air Quality Criteria Document for Carbon Monoxide.

21. EPA is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 21 and therefore denies those allegations. The second sentence of Paragraph 21 characterizes portions of the Air Quality Criteria Document for Carbon Monoxide. EPA admits that the Air Quality Criteria Document for Carbon Monoxide says what it says. EPA denies the allegations contained in Paragraph 21 to the extent they are inconsistent with the Air Quality Criteria Document for Carbon Monoxide. EPA is without knowledge or information sufficient to form a belief as to the truth of the allegations in the third sentence of Paragraph 21 and therefore denies those allegations. The remaining allegations in paragraph 21 characterize portions of an article published in the journal *Environmental Health Perspectives*. EPA admits that the article says what it says and denies the allegations to the extent they are inconsistent with the article.

22. The allegations in paragraph 22 characterize portions of an article published in the journal *Environmental Health Perspectives*. EPA admits that the article says what it says and denies the allegations to the extent they are inconsistent with the article.

23. The allegations in the first sentence of paragraph 23 characterize portions of an article published in the journal *Epidemiology*. EPA admits that the article says what it says and denies the allegations to the extent they are inconsistent with the article. EPA is without knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of Paragraph 23 and therefore denies those allegations.

24. The allegations in paragraph 24 characterize portions of published articles. EPA admits that the articles say what they say and denies the allegations to the extent they are inconsistent with the articles.

25. The allegations in paragraph 25 characterize portions of a published report. EPA

admits that the report says what it says and denies the allegations to the extent they are inconsistent with the report.

26. EPA admits that it has not completed a review of the NAAQS for CO since 1994. EPA is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 26 and therefore denies those allegations.

## CLAIM FOR RELIEF

27. EPA admits that it has not completed a review of the air quality criteria for CO since 2000. EPA further admits that it has not completed a review of the NAAQS for CO since 1994. EPA admits that it responded to plaintiff's notice of intent to sue. EPA admits that it had not published any Federal Register notices regarding the carbon monoxide air quality criteria or NAAQS as of the date the complaint was filed.

28. EPA admits that it has failed to perform a nondiscretionary duty to complete a review of the criteria and the NAAQS for CO and make such revisions in such criteria and standards and promulgate such new standards as may be appropriate in accordance with sections 108 and 109 of the Clean Air Act.

## REMEDY

29. This paragraph consists of legal conclusions to which no response is required.

## PRAYER FOR RELIEF

The paragraphs in this section of the Complaint contain Plaintiffs' prayer for relief to which no response is required.

## DISCLOSURES OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Pursuant to Local Rule 3-16, EPA is exempt from filing a "Certification of Interested Entities or Persons."

Respectfully Submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

Date: October 9, 2007      /s/ Pamela S. Tonglao
PAMELA S. TONGLAO
Trial Attorney
United States Department of Justice

|     |                                                                                                                                   |                                                                                                                                                                          |
| --- | --------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------ |
| 1   |                                                                                                                                   | Environmental Defense Section<br>P.O. Box 23986<br>Washington, D.C. 20026-3986<br>Tel:   (202) 305-0897<br>Fax:   (202) 514-8865<br>Email: pamela.tonglao@usdoj.gov |
| 2   |                                                                                                                                   |                                                                                                                                                                          |
| 3   |                                                                                                                                   |                                                                                                                                                                          |
| 4   |                                                                                                                                   | ATTORNEYS FOR DEFENDANTS                                                                                                                                                 |
| 5   | OF COUNSEL:                                                                                                                       |                                                                                                                                                                          |
| 6   |                                                                                                                                   |                                                                                                                                                                          |
| 7   | DAVID ORLIN<br>U.S. Environmental Protection Agency<br>Office of General Counsel<br>Mail Code 2344A<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 |                                                                                                                                                                          |

-7-

CERTIFICATE OF SERVICE

On October 9, 2007, a true and correct copy of the foregoing answer was served electronically via the Court's e-filing system to Counsel of Record.

                                   /s/ Pamela S. Tonglao
                                   PAMELA S. TONGLAO