# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: October 26, 2007  **Court Reporter**: Jim Yeomans

**CASE NO. C-07-3678 JSW**

**TITLE:** Communities for a Better Environment  v.  U. S. Environmental Protection Agency

**COUNSEL FOR PLAINTIFF:**  **COUNSEL FOR DEFENDANT:**

Shana Lazerow  Pamela Tonglao

**PROCEEDINGS:**   Initial Case Management Conference

**RESULTS:**   The Court excused from the ADR process.

    Plaintiffs' to file motion for summary judgment:  11-16-07
    Defendants' to file opposition and cross-motion:  12-7-07
    Plaintiffs' reply in support and opposition: 1-4-08
    Defendants' reply: 1-25-08

    Hearing on Cross Motions for Summary Judgment:  2-22-08 at 9:00 a.m.