Shana Lazerow (State Bar No. 195491)
Adrienne L. Bloch (State Bar No. 215471)
Communities for a Better Environment
1440 Broadway Suite 701
Oakland, California 94612
Telephone: (510) 302-0430
Facsimile: (510) 302-0438
Email: slazerow@cbecal.org

Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

Robert Ukeiley (State Bar No. 90056)
Pro Hac Vice
LAW OFFICE OF ROBERT UKEILEY
435R Chestnut Street, Suite 1
Berea, KY 40403
Telephone: (859) 986-5402
Facsimile: (859) 986-1299
Email: rukeiley@igc.org

Attorney for Plaintiffs
COMMUNITIES FOR A BETTER ENVIRONMENT,
ROCKY MOUNTAIN CLEAN AIR ACTION,
COALITION FOR A SAFE ENVIRONMENT, and
PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, ROCKY MOUNTAIN CLEAN AIR ACTION, COALITION FOR A SAFE ENVIRONMENT, and PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency<br><br>Defendant | Case No. 07-03678<br><br>PETITIONERS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT<br><br>(Federal Clean Air Act, 42 U.S.C. §§ 7401 et. seq.)<br><br>Presiding: Honorable Jeffrey S. White<br>Date: February 22, 2008<br>Time: 9 a.m.<br>Location: Courtroom 2 |

1

2   TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

3   NOTICE IS HEREBY GIVEN that on Friday, February 22, 2008 at 9:00am, Plaintiffs,

4   will and hereby do move the Court for summary judgment.  This date is based on the Order

5   issued by the Honorable Judge Jeffrey S. White on October 26, 2007.

6   This motion is based upon this Notice of Motion and Motion, Memorandum of Points

7   and Authorities in Support of Plaintiffs' Motion for Summary Judgment, an expert

8   declaration, and organizational member and organizational declarations submitted herewith.

9   This notice of motion and motion are made pursuant to Federal Rule of Civil

10  Procedure 56.

11  Respectfully submitted,

12

13  Dated:  November 16, 2007                _____/s/_____
                                             Robert Ukeiley
14                                           Attorney for Plaintiffs
                                             COMMUNITIES FOR A BETTER ENVIRONMENT
15                                           ROCKY MOUNTAIN CLEAN AIR ACTION
                                             COALITION FOR A SAFE ENVIRONMENT
16                                           PHYSICIANS FOR A SOCIAL RESPONSIBILITY –
17                                           LOS ANGELES

18                                           Shana Lazerow
                                             Adrienne L. Bloch
19                                           Attorney for Plaintiff
20                                           COMMUNITIES FOR A BETTER ENVIRONMENT

21

22

23

24

25

26

27

28

*CBE v. EPA*  Case No.  07-03678JSW
Petitioners' Notice of Motion and Motion for Summary Judgment