Shana Lazerow (State Bar No. 195491)
Adrienne L. Bloch (State Bar No. 215471)
Communities for a Better Environment
1440 Broadway Suite 701
Oakland, California 94612
Telephone: (510) 302-0430
Facsimile: (510) 302-0438
Email: slazerow@cbecal.org

Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

Robert Ukeiley (State Bar No. 90056)
Pro Hac Vice
LAW OFFICE OF ROBERT UKEILEY
435R Chestnut Street, Suite 1
Berea, KY 40403
Telephone: (859) 986-5402
Facsimile: (859) 986-1299
Email: rukeiley@igc.org

Attorney for Plaintiffs
COMMUNITIES FOR A BETTER ENVIRONMENT,
ROCKY MOUNTAIN CLEAN AIR ACTION,
COALITION FOR A SAFE ENVIRONMENT, and
PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, ROCKY MOUNTAIN CLEAN AIR ACTION, COALITION FOR A SAFE ENVIRONMENT, and PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency<br><br>Defendant | Case No. 07-03678<br><br>DECLARATION OF MAXINE OLIVER-BENSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>(Federal Clean Air Act, 42 U.S.C. §§ 7401 et. seq.)<br><br>Presiding: Honorable Jeffrey S. White<br>Date: February 22, 2008<br>Time: 9 a.m.<br>Location: Courtroom 2 |

1.   My name is Maxine Oliver-Benson.  I make this declaration in support of a motion for summary judgment by Communities for a Better Environment.  The facts in this declaration are true to the best of my knowledge.

2.   I am a member of Communities for a Better Environment.  I live at 10481 West Court, which is in the Sobrante Park neighborhood of East Oakland.  I have lived in Sobrante Park for 14 years.

3.   My part of Sobrante Park is a very diverse community including Asian, Pacific Islander, Latino and African American community members.

4.   It is also a part of Alameda County that hosts a wide range of air pollution sources, including mobile sources like freeways and transit facilities and stationary sources like chemical companies, metal recyclers and foundries.

5.   The combination of these air pollution sources combine to make air quality where I live very poor.

6.   I am very worried about the health impacts these pollutants have on my family, my friends and my neighbors.  Since I first moved there, seven women who moved in after me contracted cancer.  They didn't have cancer when they moved there.  Five have since died.  Many children in my neighborhood have asthma.  Others have diabetes.  Lots of them stay out of school because they are sick, and their families can't afford medication to treat their conditions.

7.   One of the concerns in my community is low birth weight.  It is my understanding that babies who are born too small often die.  Those that survive have a hard time as infants.  I am aware of scientific studies showing that low birth weight babies are more likely to become obese and have diabetes later in life.  I also believe there may be a connection with lung development, cognitive ability and ADHD.

8.   I have three great grandnephews who live in the neighborhood at 98th & E 14th Street.  All three were born with low birth weight.  One suffers from ADHD and has a heart murmur, another has a brain disease.

*CBE v. EPA* Case No. 07-03678 JSW
Declaration in Support of Plaintiffs' Motion for Summary Judgment

1

9. I have learned that exposing mothers to carbon monoxide while they are pregnant makes it more likely that their children will be born with low birth weight.

10. It is my understanding that the Bay Area meets the current federal standard for carbon monoxide. However, I do not believe that standard is protecting me, my family or my community from carbon monoxide.

11. Poor people and people in my neighborhood cannot afford to buy their own carbon monoxide meters, so they may not even know when carbon monoxide is coming into their homes. I think there should be rules requiring property owners to install and maintain carbon monoxide monitors, just like smoke detectors, to protect lives of the tenants who are ensuring the property owners' livelihoods. That's a small price to pay.

12. If the federal government were to make carbon monoxide standards more protective, I believe my community, and the rest of the Bay Area, would be exposed to less carbon monoxide, and would be able to sleep and live better. This would be a protection for our families.

13. Even if a new standard were one that the Bay Area failed to meet, I would still benefit by having more accurate information so that I could more accurately to assess the risks to me, my family and my community. In addition, I believe that a stricter federal carbon monoxide standard would spur stricter controls on sources of carbon monoxide in and around my community. And this will ensure that my family and my community is provided the same access to healthful air as the property owners who can afford to buy the meters to protect their own families.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 16, 2007        _____/s/_____
                                Maxine Oliver-Benson

*CBE v. EPA* Case No. 07-03678 JSW
Declaration in Support of Plaintiffs' Motion for Summary Judgment

2