Shana Lazerow (State Bar No. 195491)
Adrienne L. Bloch (State Bar No. 230115)
Communities for a Better Environment
1440 Broadway Suite 701
Oakland, California 94612
Telephone: (510) 302-0430
Facsimile: (510) 302-0438
Email: slazerow@cbecal.org

Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

Robert Ukeiley (State Bar No. 90056)
Pro Hac Vice
LAW OFFICE OF ROBERT UKEILEY
435R Chestnut Street, Suite 1
Berea, KY 40403
Telephone: (859) 986-5402
Facsimile: (859) 986-1299
Email: rukeiley@igc.org

Attorney for Plaintiffs
COMMUNITIES FOR A BETTER ENVIRONMENT,
ROCKY MOUNTAIN CLEAN AIR ACTION,
COALITION FOR A SAFE ENVIRONMENT, and
PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, ROCKY MOUNTAIN CLEAN AIR ACTION, COALITION FOR A SAFE ENVIRONMENT, and PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency<br><br>Defendant | Case No. 07-03678<br><br>DECLARATION OF ERIN ROBERTSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>(Federal Clean Air Act, 42 U.S.C. §§ 7401 et. seq.)<br><br>Presiding: Honorable Jeffrey S. White<br>Date: February 22, 2008<br>Time: 9 a.m.<br>Location: Courtroom 2 |

1. My name is Erin Robertson. I make this declaration in support of a motion for summary judgment by Communities for a Better Environment, Rocky Mountain Clean Air Action, and other parties. The facts in this declaration are true to the best of my knowledge.

2. I am a dues-paying member of Rocky Mountain Clean Air Action and have been so since August of 2006. My family and I live at 1024 Grant Ave. in Louisville, Colorado. Louisville is located in the Denver metropolitan region of Colorado. I am the mother of a newborn baby boy.

3. The Denver metropolitan region of Colorado has suffered from a wide range of air pollution problems, including carbon monoxide pollution. The Denver metropolitan region, including Louisville, has violated health standards for carbon monoxide in the air and only recently (as of 2002) came into compliance with these standards.

4. Despite complying with carbon monoxide health standards, I remain very worried about air pollution in the Denver metropolitan region. The region has grown a lot in recent years. New highways have been built, old highways have been expanded, and more and more cars are on the road. In Louisville, which used to be a small farm town, traffic jams are now a daily fact of life.

5. Air pollution is now becoming more and more visible and obvious. Whether it be the foul odors of vehicle exhaust, the sight of a smoking tailpipe, or the brown cloud that persistently hangs over the Denver metropolitan region, the sights and smells of air pollution are impossible to avoid. I am deeply offended and troubled by this situation. I am especially worried for the health and safety of my son.

6. I understand that carbon monoxide is a part of the air pollution that I see and smell, and that I am offended and disturbed by this. I know that carbon monoxide is released as a byproduct of combustion and can be lethal. I have installed detectors in my house to make sure my son, husband, and I are safe from carbon monoxide. I continue to worry, however, about carbon monoxide that comes from increasing traffic and growth in Louisville.

7. Although Louisville technically meets the current health standards for carbon monoxide, I do not believe that standard is protective of my son, my husband, or myself.

8. I am aware of studies showing that exposure to carbon monoxide, even at levels below current health standards, makes it more likely that children will be born with low birth weights. Babies who are born too small often die. Those that survive have a hard time as infants. I am aware of scientific studies showing that low birth weight babies are more likely to become obese and have diabetes later in life.

9. Although my son was just born at normal birth weight, I am extremely worried that continued exposure to carbon monoxide increases my risk of giving birth to a child with low birth weight. I will likely have more children in the future, but I worry about the effects carbon monoxide pollution will have on my children.

10. I understand the federal government has delayed in reviewing current health standards for carbon monoxide to determine if they need strengthening. This delay is upsetting.

11. If the federal government were to make carbon monoxide standards more protective, I believe my family and I, and the rest of the Denver metropolitan region, would be exposed to less carbon monoxide. If the federal government were to review and revise carbon monoxide standards, I would feel safe and more assured that my child, and any future children, will have a chance to grow up healthy and happy. Because the government has not undertaken its required review and revision of carbon monoxide health standards, I do not feel safe or assured. A stronger carbon monoxide standard would spur stricter controls on sources of carbon monoxide in and around my community, including traffic. Until such a standard is adopted, we are stuck breathing potentially harmful levels of carbon monoxide.

12. Even if the Denver metropolitan region meets any new health standards, I would still benefit by having more accurate information with which to assess the risks to my family and I.

I declare under penalty of perjury that the foregoing is true and correct.

1 | Dated: November 16, 2007            _____/s/_____

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*CBE v. EPA* Case No. 07-03678 JSW
Declaration in Support of Plaintiffs' Motion for Summary Judgment

3