**David P. Howekamp**
4191 Coralee Lane
Lafayette, CA 94549
925-284-8045
email: howekamp@gmail.com

**ENVIRONMENTAL CONSULTANT**
2000-present

Provide expert witness analysis and testimony for an environmental organization regarding permitting requirements for a major deep water port LNG facility.

Provide expert witness analysis and testimony for an environmental organization regarding control technology permitting requirements for a major coal fired power plant.

Provide expert witness declarations for several environmental organizations regarding lawsuits against the Environmental Protection Agency.

Act as expert advisor to the Port Community Advisory Committee at the Port of Los Angeles providing advice and recommendations to the citizens regarding environmental studies and impacts and controls for port expansion projects.

As member of the Technical Working Group, participate in the development of the San Pedro Bay Clean Air Action Plan which describes the measures that the Ports of Los Angeles and Long Beach will jointly take toward reducing emissions related to port operations.

Participate on consultant team that analyzed the possibility of providing shore power for berthed ships at the Port of Long Beach.

Provide expert witness analysis of damage claims for a state attorney general in lawsuit regarding motor vehicle inspection program.

Provide expert witness analysis of Clean Air Act civil penalties for alleged violations by a major glass manufacturer and by a major wood products manufacturer.

Provide policy and regulatory advice to several electric utility clients and sugar refinery regarding air quality issues affecting their industry

Provide expert witness analysis of alleged Clean Air Act criminal violations for a major petroleum refinery and a gas/electric utility.

Prepare a voluntary Clean Air Plan for the cities of the Tri-Valley Area of Alameda County.

Analyze future toxic tort, groundwater/soil contamination and other environmental remediation costs for major national clients, including mineral extraction, waste disposal and airline companies.

**ENVIRONMENTAL PROTECTION AGENCY**
**REGION 9, SAN FRANCISCO, CA**

**DIRECTOR, AIR DIVISION**
1982-2000

Primary responsibility to oversee implementation of the Clean Air Act and radiation programs in California, Arizona, Nevada and Hawaii.  For seven years, also responsible for pesticides and toxic substances programs.

Principal advisor to the Regional Administrator on policy, political and technical issues involving air quality management and radiation.  As member of the senior management team, provided advice on broader, cross-media issues involving water pollution, toxic chemicals and hazardous waste.

Facilitate or negotiate settlements between agencies, industries and public interest groups.

Interpret applicable state and local laws and regulations and integrate with Federal laws.  Work closely with elected officials in state legislatures and on local air district boards to adopt needed laws, regulations and measures.

Manage a budget of over $40 million and a staff of 120 scientists, engineers and planners to accomplish the following program activities:

- initiating Federal administrative or judicial enforcement against violating sources of air pollution
- reviewing project proposals and issuing Federal air quality permits to major industrial sources
- developing and approving State Air Quality Management Plans
- developing state motor vehicle emissions testing programs and other mobile source control programs
- providing program grants to state/local air management agencies
- delegation to, support and oversight of state/local air quality programs
- collection and quality assurance of ambient and source emission air quality data for planning or compliance
- implementation of public information and outreach programs
- developing emission limiting rules and regulations for source categories
- development of emissions trading and other economic incentive programs
- negotiation and implementation of international border agreements with the Government of Mexico

**ENVIRONMENTAL PROTECTION AGENCY**
**REGION 9, SAN FRANCISCO, CA**

Prior to 1982, held progressively more responsible positions in the following areas:

- Managing development and approval of Air Quality Management Plans.

- Managing all permit programs in Region 9 including permits for air quality, wastewater discharge, dredge and fill, hazardous waste, PCB disposal and ocean dumping

- Developing emission inventories, ambient data and control strategies.

- Conducting mechanical engineering research and development of control technologies for emissions from stationary combustion sources.

**PACIFIC GAS AND ELECTRIC CO.**
**SAN FRANCISCO, CA**

As staff engineer, measured meteorological phenomena to determine the diffusion patterns, possible temperature inversions, and other atmospheric characteristics of the future Diablo Canyon Power Plant.

**ORGANIZATIONS**

Air and Waste Management Association
Lafayette-Moraga Youth Association Board

**AWARDS**

Presidential Rank Award of Meritorious Executive
    Awarded by the President of the United States
Environmental Protection Agency Bronze, Silver and Gold Medals
National Merit Scholar

**EDUCATION**

Master of Business Administration
University of California, Berkeley

BS, Mechanical Engineering
University of California, Berkeley