# Generic NAAQS Review Process

*March, 2007*

| Task Name | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **NAAQS REVIEW PROCESS** | | | | | |
| **Integrated Plan** | | | | | |
| Workshop on science-policy issues | | | | | |
| Prepare draft integrated plan | | | | | |
| CASAC/public consultation - draft plan | | | | | |
| Prepare final integrated plan | | | | | |
| **Science Assessment (SA)** | | | | | |
| Compilation/characterization of new studies | | | | | |
| Contracting and authors' workshop(s) | | | | | |
| Draft SA Support Document (SASD) | | | | | |
| External peer review - SASD | | | | | |
| Revise/update SASD | | | | | |
| Prepare 1st draft integrated SA (ISA) | | | | | |
| CASAC/public review - 1st draft ISA | | | | | |
| Prepare 2nd draft ISA | | | | | |
| CASAC/public review - 2nd draft ISA | | | | | |
| Prepare final ISA | | | | | |
| **Risk/Exposure Assessment (RA)** | | | | | |
| RA scope/methods plan(s) | | | | | |
| CASAC/public consultation - RA plan(s) | | | | | |
| Prepare 1st draft RA ("as is" and current sta... | | | | | |
| CASAC review 1st draft RA | | | | | |
| Prepare 2nd draft RA (alternative standards) | | | | | |
| CASAC/public review 2nd draft RA | | | | | |
| Prepare final RA | | | | | |
| **Policy Assessment/Rulemaking** | | | | | |
| Agency decisions/draft ANPR | | | | | |
| Interagency review of ANPR | | | | | |
| Publish ANPR | | | | | |
| CASAC review and public comment | | | | | |
| Agency decision making/draft NPR | | | | | |
| Interagency review | | | | | |
| Publish NPR | | | | | |
| Public comment period/Public hearings | | | | | |
| Response to public comments | | | | | |
| Provisional assessment of new science | | | | | |
| Agency decision making/draft final rule | | | | | |
| Interagency review | | | | | |
| Publish final rule | | | | | |

Legend:  ORD/OAR  CASAC  ORD/NCEA  OAR/OAQPS