1  Shana Lazerow (State Bar No. 195491)
   Adrienne L. Bloch (State Bar No. 215471)
2  Communities for a Better Environment
   1440 Broadway Suite 701
3  Oakland, California 94612
   Telephone: (510) 302-0430
4  Facsimile: (510) 302-0438
   Email: slazerow@cbecal.org
5
   Attorneys for Plaintiff
6  COMMUNITIES FOR A BETTER ENVIRONMENT

7  Robert Ukeiley (State Bar No. 90056)
   Pro Hac Vice
8  LAW OFFICE OF ROBERT UKEILEY
   435R Chestnut Street, Suite 1
9  Berea, KY 40403
   Telephone: (859) 986-5402
10 Facsimile: (859) 986-1299
   Email: rukeiley@igc.org

11 Attorney for Plaintiffs
   COMMUNITIES FOR A BETTER ENVIRONMENT,
12 ROCKY MOUNTAIN CLEAN AIR ACTION,
   COALITION FOR A SAFE ENVIRONMENT, and
13 PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                        **SAN FRANCISCO DIVISION**

18

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, ROCKY MOUNTAIN CLEAN AIR ACTION, COALITION FOR A SAFE ENVIRONMENT, and PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES, | Case No. 07-03678 |
| Plaintiffs, | DECLARATION OF CARLA M. PEREZ IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| v. | (Federal Clean Air Act, 42 U.S.C. §§ 7401 et. seq.) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency | Presiding: Honorable Jeffrey S. White<br>Date: February 22, 2008<br>Time: 9 a.m.<br>Location: Courtroom 2 |
| Defendant | |

I, Carla M. Perez declare as follows:

1. I am the Northern California Program Director for Communities for a Better Environment ("CBE").

2. CBE is an environmental health and justice non-profit organization, promoting clean air, clean water and the development of toxin-free communities. CBE's mission is to achieve environmental health and justice by building grassroots power in and with communities of color and working-class communities.

3. CBE's goals include reducing health impacts and improving public health in the environmental justice communities, and improving environmental and health policies.

4. CBE utilizes a coordinated model of organizing, science and research, and legal advocacy to accomplish its goals and mission.

5. In keeping with CBE's goals and mission, CBE encourages members and potential members to learn about the effects of air pollutants.

6. Many CBE members live or work near highly polluting stationary and mobile sources such as oil refineries, metal foundries and freeways.

7. Many CBE members in these communities suffer from respiratory ailments and other health issues related to air pollution. These ailments result in the inability to participate fully in school and work and other life activities, and sometimes result in premature death.

8. CBE recognizes that carbon monoxide ("CO") has adverse effects on the cardiovascular and nervous systems of adults and children, and is associated with low birth weight. It also contributes to and exacerbates global warming.

9. CBE is very worried that the current National Ambient Air Quality Standards ("NAAQS") for CO are not health protective, especially given the fact that EPA has not even reviewed those standards for many years.

10. If EPA were to review the CO NAAQS, those standards would be more stringent and health protective, or, in the alternative, CBE members and the public would

*CBE v. EPA*   Declaration of Carla Perez Support of Plaintiffs' Motion for Summary Judgment

have the benefit of more accurate information with which they could assess the risks to themselves and their communities.

     I declare under penalty of perjury that the foregoing is true and correct and that if called as a witness, I could competently testify thereto.

Dated: November ___, 2007          _____
                                                        Carla M. Perez