Shana Lazerow (State Bar No. 195491)
Adrienne L. Bloch (State Bar No. 215471)
Communities for a Better Environment
1440 Broadway Suite 701
Oakland, California 94612
Telephone: (510) 302-0430
Facsimile: (510) 302-0438
Email: slazerow@cbecal.org

Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

Robert Ukeiley (State Bar No. 90056)
Pro Hac Vice
LAW OFFICE OF ROBERT UKEILEY
435R Chestnut Street, Suite 1
Berea, KY 40403
Telephone: (859) 986-5402
Facsimile: (859) 986-1299
Email: rukeiley@igc.org

Attorney for Plaintiffs
COMMUNITIES FOR A BETTER ENVIRONMENT,
ROCKY MOUNTAIN CLEAN AIR ACTION,
COALITION FOR A SAFE ENVIRONMENT, and
PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, ROCKY MOUNTAIN CLEAN AIR ACTION, COALITION FOR A SAFE ENVIRONMENT, and PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency <br><br> Defendant | Case No. 07-03678 <br><br> DECLARATION OF JEREMY NICHOLS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT <br><br> (Federal Clean Air Act, 42 U.S.C. §§ 7401 et. seq.) <br><br> Presiding: Honorable Jeffrey S. White <br> Date: February 22, 2008 <br> Time: 9 a.m. <br> Location: Courtroom 2 |

1.     My Name is Jeremy Nichols. The facts in this declaration are true to the best of my knowledge.

2.     I am the founder of Rocky Mountain Clean Air Action and I currently serve as the organization's Executive Director.

3.     The core mission of Rocky Mountain Clean Air Action is to protect clean air for healthy children and healthy communities in Colorado and the surrounding region. Rocky Mountain Clean Air Action has over 100 members throughout the region.

4.     An important part of achieving our mission is to ensure our air quality standards fully safeguard public health. On behalf of our members and in furtherance of our mission, we seek to use the best science and health information to secure strong air quality standards.

5.     Carbon monoxide is a harmful air pollutant. At high levels it is lethal and at low levels, recent health science findings indicate it can contribute to low birth weights.

6.     National Ambient Air Quality Standards ("NAAQS") have been set for carbon monoxide, but have not been reviewed or revised to take into account the latest health science.

7.     We are very worried that the current NAAQS for carbon monoxide do not protect healthy children or healthy communities in Colorado and the surrounding region. Our worries are bolstered by the fact that the U.S. Environmental Protection Agency ("EPA's") has failed to review carbon monoxide standards every five years as required by the Clean Air Act.

8.     Even if Colorado and the surrounding region meets any new carbon monoxide health standards, Rocky Mountain Clean Air Action and its members would still benefit by having more accurate information with which to assess health risks.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 16, 2007             _____/s/_____
                                                   Jeremy Nichols

*CBE v. EPA* Case No. 07-03678 JSW
Declaration in Support of Plaintiffs' Motion for Summary Judgment

                                                                                                         1