Shana Lazerow (State Bar No. 195491)
Adrienne L. Bloch (State Bar No. 215471)
Communities for a Better Environment
1440 Broadway Suite 701
Oakland, California 94612
Telephone: (510) 302-0430
Facsimile: (510) 302-0438
Email: slazerow@cbecal.org

Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

Robert Ukeiley (State Bar No. 90056)
Pro Hac Vice
LAW OFFICE OF ROBERT UKEILEY
435R Chestnut Street, Suite 1
Berea, KY 40403
Telephone: (859) 986-5402
Facsimile: (859) 986-1299
Email: rukeiley@igc.org

Attorney for Plaintiffs
COMMUNITIES FOR A BETTER ENVIRONMENT,
ROCKY MOUNTAIN CLEAN AIR ACTION,
COALITION FOR A SAFE ENVIRONMENT, and
PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, ROCKY MOUNTAIN CLEAN AIR ACTION, COALITION FOR A SAFE ENVIRONMENT, and PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency<br><br>Defendant | Case No. 07-03678<br><br>NOTICE OF CHANGE OF COUNSEL<br><br>(Federal Clean Air Act, 42 U.S.C. §§ 7401 et. seq.)<br><br>Presiding: Honorable Jeffrey S. White<br>Date: February 22, 2008<br>Time: 9 a.m.<br>Location: Courtroom 2 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT attorney Philip Huang is no longer counsel in the above captioned case. He is no longer affiliated with Communities for a Better Environment ("CBE") and no longer authorized to represent CBE in this action. Adrienne L. Bloch, staff attorney at CBE will be associated into the case. Shana Lazerow and Robert Ukeiley will continue to represent CBE in this matter.

Dated: November 16, 2007                   _____/s/_____
                   Robert Ukeiley
                   Attorney for Plaintiffs
                   COMMUNITIES FOR A BETTER ENVIRONMENT
                   ROCKY MOUNTAIN CLEAN AIR ACTION
                   COALITION FOR A SAFE ENVIRONMENT
                   PHYSICIANS FOR A SOCIAL RESPONSIBILITY –
                   LOS ANGELES

                   Shana Lazerow
                   Adrienne L. Bloch
                   Attorney for Plaintiff
                   COMMUNITIES FOR A BETTER ENVIRONMENT
                   Environment