Shana Lazerow (State Bar No. 195491)
Adrienne L. Bloch (State Bar No. 215471)
Communities for a Better Environment
1440 Broadway Suite 701
Oakland, California 94612
Telephone: (510) 302-0430
Facsimile: (510) 302-0438
Email: slazerow@cbecal.org

Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

Robert Ukeiley (State Bar No. 90056)
Pro Hac Vice
LAW OFFICE OF ROBERT UKEILEY
435R Chestnut Street, Suite 1
Berea, KY 40403
Telephone: (859) 986-5402
Facsimile: (859) 986-1299
Email: rukeiley@igc.org

Attorney for Plaintiffs
COMMUNITIES FOR A BETTER ENVIRONMENT,
ROCKY MOUNTAIN CLEAN AIR ACTION,
COALITION FOR A SAFE ENVIRONMENT, and
PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, ROCKY MOUNTAIN CLEAN AIR ACTION, COALITION FOR A SAFE ENVIRONMENT, and PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency <br><br> Defendant | Case No. 07-03678 <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT <br><br> (Federal Clean Air Act, 42 U.S.C. §§ 7401 et. seq.) <br><br> Presiding: Honorable Jeffrey S. White <br> Date: February 22, 2008 <br> Time: 9 a.m. <br> Location: Courtroom 2 |

1    Before the Court is Plaintiffs' Motion for Summary Judgment.  Having reviewed the
2 Parties' arguments, the Court finds and concludes that (1) the plain statutory language of 42
3 U.S.C. §§ 7409(d)(1), 7408(d), and 7607(d) prohibit Defendant from taking more than five
4 years to complete a thorough review of air quality criteria and the national ambient air
5 quality standards ("NAAQS") for carbon monoxide ("CO"), to make such revisions to these
6 air quality criteria and NAAQS as may be appropriate, to promulgate such new NAAQS for
7 CO as may be appropriate, and to publish notice of such actions in the Federal Register; and
8 (2) Defendant has violated this duty.
9    THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Motion for Summary
10 Judgment Claim for Relief is GRANTED.
11    IT IS FURTHER ORDERED AND DECLARED that the Administrator of the United
12 States Environmental Protection Agency, in his official capacity, has failed to complete a
13 thorough review of the air quality criteria and NAAQS for CO, to make such revisions to
14 these air quality criteria and NAAQS as may be appropriate, to promulgate such new
15 NAAQS for CO as may be appropriate, and to publish notice of such actions in the Federal
16 Register.
17    IT IS FURTHER ORDERED that Defendant shall have until February 11, 2011 to
18 complete the review process established by 42 U.S.C. § 7409(d)(1) with respect to the air
19 quality criteria and related NAAQS for CO, and that Defendant will adhere to the following
20 schedule in undertaking this process.  Defendant shall complete the science assessment
21 support document no later than April 14, 2008.  Defendant shall complete the science
22 assessment document no later than September 1, 2009.  Defendant shall prepare the
23 risk/exposure assessment draft and final documents in parallel with the science assessment.
24 Defendant shall sign the notice of proposed rulemaking no later than July 12, 2010 for
25 publication in the Federal Register within 10 business days.  The public comment period
26 shall be open for 60 days.  Defendant shall sign the notice of final rulemaking concerning
27 any revisions to the NAAQS on or before February 11, 2011 for publication in the Federal
28

Register within 10 business days.  All tasks necessary for implementation shall also be completed on or before February 11, 2011.

IT IS SO ORDERED.

Dated: _____, 2007         _____
                                Honorable Jeffrey S. White

*CBE v. EPA*, Case No.  07-03678JSW
[Proposed] Order Granting Plaintiffs' Motion for Summary Judgment