SCOTT N. SCHOOLS
Acting United States Attorney
CHARLES M. O'CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave., 10th Floor
San Francisco, California 94102
Tel:    (415) 436-7180

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
PAMELA S. TONGLAO
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 305-0897
Fax:    (202) 514-8865
Email: pamela.tonglao@usdoj.gov

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, ROCKY MOUNTAIN CLEAN AIR ACTION, COALITION FOR A SAFE ENVIRONMENT, and PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No.  C 07-3678 JSW<br><br>EPA'S NOTICE OF MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT ON REMEDY |

TO ALL PARTIES AND TO THEIR COUNSEL:

PLEASE TAKE NOTICE that on Friday, February 22, 2008, at 9:00 a.m. in Courtroom 2 of the United States Courthouse located at 450 Golden Gate Avenue, San Francisco, California, the United States Environmental Protection Agency and its Administrator Stephen L. Johnson will cross-move pursuant to Rule 56(c) of the Federal Rules of Civil Procedure for summary judgment on remedy.

The cross-motion is based upon this notice and motion, the supporting memorandum of points and authorities and the declarations and exhibits attached thereto.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

Date: December 7, 2007           /s/ Pamela S. Tonglao
PAMELA S. TONGLAO
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 305-0897
Fax:    (202) 514-8865
Email: pamela.tonglao@usdoj.gov

ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

DAVID P.W. ORLIN
Air and Radiation Law Office
Office of General Counsel
U.S. Environmental Protection Agency
Mail Code 2344A
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

CERTIFICATE OF SERVICE

On December 7, 2007, a true and correct copy of the foregoing was served electronically via the Court's e-filing system to Counsel of Record.

                                                /s/ Pamela S. Tonglao
                                                PAMELA S. TONGLAO