STD, TERMED

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CIVIL DOCKET FOR CASE #: 4:93-cv-00643-ACM

American Lung, et al v. Browner, et al
Assigned to: Judge Alfredo C Marquez
Demand: $0
Case in other court: 94-16066
                             94-16195
Cause: 42:7604 Clear Air Act (Emission Standards)

Date Filed: 10/12/1993
Date Terminated: 10/06/1994
Jury Demand: None
Nature of Suit: 893 Environmental Matters
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**American Lung Association**
*a nonprofit association*

represented by **David S Baron**
Earthjustice
1625 Massachusetts Ave NW
#702
Washington, DC 20036-2212
(202)667-4500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**American Lung Association of Arizona**
*a nonprofit corporation*
*also known as*
American Lung Association of Arizona

represented by **David S Baron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Larsen**

represented by **David S Baron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian McCarthy**

represented by **David S Baron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

| | | |
|---|---|---|
| **Carol Browner**<br>*in her official capacity as Administrator of the United States Environmental Protection Agency* | represented by | **Karen L Egbert**<br>US Dept of Justice<br>Environmental Defense Section<br>PO Box 23986<br>Washington, DC 20026-3986<br>(202)514-3097<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ted B Borek**<br>US Attorney's Office<br>405 W Congress St<br>Ste 4800<br>Tucson, AZ 85701-4050<br>(520)620-7300<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Environmental Protection Agency** | represented by | **Karen L Egbert**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ted B Borek**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Plaintiff**

| | | |
|---|---|---|
| **Natl Mining Assoc**<br>*also known as*<br>American Mining | represented by | **James E Gilchrist**<br>American Mining Congress<br>1920 N St NW<br>Ste 300<br>Washington, DC 02036<br>(202)861-2800<br>*TERMINATED: 02/20/1997*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Newman R Porter**<br>Lewis & Roca LLP<br>40 N Central Ave<br>Phoenix, AZ 85004-4429<br>(602)262-5311<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Quinlan Joseph Shea, III**<br>National Mining Association |

|  |  |
|---|---|
|  | 1130 17th St NW<br>Washington, DC 20036<br>(202)463-9793<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Steven J Burr**<br>Lewis & Roca LLP<br>40 N Central Ave<br>Phoenix, AZ 85004-4429<br>(602)262-5311<br>*TERMINATED: 03/03/1933*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Plaintiff**

Arizona Mining Association    represented by    **Newman R Porter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

San Manuel Arizona Railroad Company    represented by    **Newman R Porter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

GSA Resources Inc    represented by    **Newman R Porter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

American Iron and Steel Institute    represented by    **David Ernest Menotti**
Shaw Pittman Potts & Trowbridge
2300 N St NW
Washington, DC 20037-1128
(202)663-8000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **George Y Sugiyama**
Pillsbury Winthrop LLP
1100 New York Ave
Ste 900
Washington, DC 20005
(202)861-3000
*TERMINATED: 09/26/1994*
*LEAD ATTORNEY*

          *ATTORNEY TO BE NOTICED*

**Steven Joseph Wells**
Dorsey & Whitney LLP
50 S 6th St
Ste 1500
Minneapolis, MN 55402-1498
(612)340-2600
*TERMINATED: 09/26/1994*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William W Pearson**
Bryan Cave LLP
2 N Central Ave
Ste 2200
Phoenix, AZ 85004-446
602-364-7000
Fax: 602-716-8418
Email: wwpearson@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

| | | |
|---|---|---|
| **Hearth Products Association** | represented by | **George Y Sugiyama** (See above for address) *TERMINATED: 09/26/1994* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Steven Joseph Wells** (See above for address) *TERMINATED: 09/26/1994* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **William W Pearson** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/1993 | 1 | COMPLAINT FILED AND SUMMONS ISSUED (sealed) (Entered: 10/13/1993) |
| 11/12/1993 | 2 | MOTION to intervene by American Mining, Arizona Mining, San Manuel Arizona, GSA Resources, Inc [2-1] (former emp) (Entered: 11/15/1993) |
| | | |

| | | |
|---|---|---|
| 11/12/1993 | 3 | NOTICE OF HEARING by intervenor-plaintiff setting motion to intervene by American Mining, Arizona Mining, San Manuel Arizona, GSA Resources, Inc [2-1] at 1:00 1/10/94 (former emp) (Entered: 11/15/1993) |
| 11/12/1993 | 4 | MOTION to consolidate CIV-93-706-Tuc-ACM with this case by intervenor-plaintiff [4-1] (former emp) (Entered: 11/15/1993) |
| 11/12/1993 | 5 | NOTICE OF HEARING by intervenor-plaintiff setting motion to consolidate CIV-93-706-Tuc-ACM with this case by intervenor-plaintiff [4-1] at 1:00 1/10/94 (former emp) (Entered: 11/15/1993) |
| 11/18/1993 | 6 | RETURN OF SERVICE EXECUTED cert mail upon dft Carol Browner in care of USAG on 10/18/93 (former emp) Modified on 11/22/1993 (Entered: 11/22/1993) |
| 11/18/1993 | 7 | RETURN OF SERVICE EXECUTED by cert mail upon dft Carol Browner on 10/18/93 (former emp) (Entered: 11/22/1993) |
| 11/18/1993 | 8 | RETURN OF SERVICE EXECUTED cert mail upon dft United States Envir on 10/22/93 (former emp) (Entered: 11/22/1993) |
| 11/18/1993 | 9 | RETURN OF SERVICE EXECUTED personally on USA on 10/12/93 (former emp) (Entered: 11/22/1993) |
| 11/30/1993 | 10 | MOTION to intervene by American Iron, Hearth Products Asso [10-1] (former emp) (Entered: 12/02/1993) |
| 11/30/1993 | 11 | MEMORANDUM IN SUPPORT by American Iron, Hearth Products Asso of motion to intervene by American Iron, Hearth Products Asso [10-1] (former emp) (Entered: 12/02/1993) |
| 11/30/1993 | 12 | NOTICE OF HEARING by American Iron, Hearth Products Asso setting motion to intervene by American Iron, Hearth Products Asso [10-1] at 1:00 1/10/94 (former emp) (Entered: 12/02/1993) |
| 11/30/1993 | | LODGED complaint (former emp) (Entered: 12/02/1993) |
| 12/01/1993 | 13 | RESPONSE by dft to motion to consolidate CIV-93-706-Tuc-ACM with this case by intervenor-plaintiff [4-1] (former emp) (Entered: 12/06/1993) |
| 12/02/1993 | 14 | RESPONSE by pla American Lung Assoc,et al to motion to intervene filed by American Mining Congress, Arizona Minging Assoc and San Manuel Arizona Railroad and GSA Resources (former emp) Modified on 12/14/1993 (Entered: 12/06/1993) |
| 12/02/1993 | 15 | REPLY by pla to response to motion to consolidate CIV-93-706-Tuc-ACM with this case by intervenor-plaintiff [4-1] (former emp) (Entered: 12/06/1993) |
| 12/02/1993 | 16 | AFFIDAVIT of Bruce A Steiner (former emp) (Entered: 12/06/1993) |
| 12/03/1993 | 17 | CERTIFICATE of service by intervenors American Iron and Steel Institute and Hearth Products Association of pleadings. (former emp) (Entered: 12/06/1993) |

| | | |
|---|---|---|
| 12/03/1993 | 18 | AMD CERTIFICATE of service by American Iron, Hearth Products Asso of pleadings. (former emp) (Entered: 12/06/1993) |
| 12/07/1993 | 19 | ORDER by Judge Alfredo C. Marquez granting motion to consolidate CIV-93-706-Tuc-ACM with this case by plaintiff [4-1] 4:93-cv-643 with member cases 4:93-cv-706 (cc: all counsel) (former emp) Modified on 05/24/1994 (Entered: 12/09/1993) |
| 12/13/1993 | | LODGED complaint in intervention filed by American Iron and Steel Institute and Hearth Products Assoc. (former emp) (Entered: 12/16/1993) |
| 12/13/1993 | 20 | REPLY by intervenor-plaintiff American Mining in intervenor-plaintiff Arizona Mining in intervenor-plaintiff San Manuel Arizona in , intervenor-plaintiff GSA Resources, Inc in to response to motion to intervene by American Mining, Arizona Mining, San Manuel Arizona, GSA Resources, Inc [2-1] (former emp) (Entered: 12/16/1993) |
| 12/13/1993 | 21 | MOTION to intervene [21-1] by dfts American Iron and Steel Inst and Hearth Products Association (former emp) (Entered: 12/16/1993) |
| 12/13/1993 | 22 | CERTIFICATE by intervenor American Iron and intervenor Hearth Products Asso of service of pleadings. (former emp) (Entered: 12/16/1993) |
| 12/13/1993 | 23 | MEMORANDUM IN SUPPORT by intervenor American Iron in intervenor Hearth Products Asso in of motion to intervene [21-1] by dfts American Iron and Steel Inst and Hearth Products Association (former emp) (Entered: 12/16/1993) |
| 12/13/1993 | 24 | NOTICE OF HEARING by intervenor American Iron in intervenor Hearth Products Asso in setting motion to intervene [21-1] by dfts American Iron and Steel Inst and Hearth Products Association at 1:00 1/10/94 (former emp) (Entered: 12/16/1993) |
| 12/13/1993 | 25 | ANSWER by dft Carol Browner in 4:93-cv-00643, dft United States Envir in 4:93-cv-00643 (former emp) (Entered: 12/16/1993) |
| 12/15/1993 | 26 | AFFIDAVIT of Bruce A. Steiner (BAR) (Entered: 12/20/1993) |
| 12/17/1993 | 27 | RESPONSE by pla in 4:93-cv-00643 to motion to intervene [21-1] by dfts American Iron and Steel Inst and Hearth Products Association (former emp) (Entered: 12/20/1993) |
| 12/21/1993 | 28 | ORDER by Judge Alfredo C. Marquez resetting motions to intervene on 2/28/94, 1:15 p.m. (former emp) (Entered: 12/22/1993) |
| 12/23/1993 | 29 | SUPPLEMENTAL citation of authority by pla in 4:93-cv-00643 (former emp) (Entered: 12/28/1993) |
| 12/27/1993 | 30 | AMENDED ANSWER [25-1] by dfts in 4:93-cv-00643 (former emp) (Entered: 01/04/1994) |
| 12/27/1993 | 31 | RESPONSE by American Mining, Arizona Mining , San Manuel Arizona, GSA Resources, Inc to motion to intervene by American Iron, Hearth Products Asso [10-1] (former emp) (Entered: 01/04/1994) |

| 12/27/1993 | 32 | REPLY by American Iron and Hearth Products Asso to pla response to motion to intervene [21-1] by dfts American Iron and Steel Inst and Hearth Products Association (former emp) (Entered: 01/04/1994) |
| --- | --- | --- |
| 12/30/1993 | 33 | MOTION for leave to file amicus memorandum on intervention issue by pla in 4:93-cv-00643 [33-1] (former emp) (Entered: 01/05/1994) |
| 12/30/1993 | | LODGED amicus memorandum on intervention issue by pla (former emp) (Entered: 01/05/1994) |
| 01/03/1994 | 34 | ORDER by Judge Alfredo C. Marquez granting motion for leave to file amicus memorandum on intervention issue by pla in 4:93-cv-00643 [33-1] (cc: all counsel) (former emp) (Entered: 01/05/1994) |
| 01/03/1994 | 35 | Amicus MEMORANDUM on intervention by pla in 4:93-cv-00643 (former emp) (Entered: 01/05/1994) |
| 01/11/1994 | 36 | ANSWER by Carol Browner in 4:93-cv-00643 (BAR) (Entered: 01/13/1994) |
| 02/11/1994 | 37 | RESPONSE by pla in 4:93-cv-00643 to mtn to consolidate filed by American Iron and Steel Institute. (former emp) (Entered: 02/14/1994) |
| 02/16/1994 | 38 | MOTION for summary judgment by pla in 4:93-cv-00643 [38-1] (former emp) (Entered: 02/17/1994) |
| 02/16/1994 | 39 | STATEMENT OF FACTS by pla in 4:93-cv-00643 re motion for summary judgment by pla in 4:93-cv-00643 [38-1] (former emp) (Entered: 02/17/1994) |
| 02/16/1994 | 40 | NOTICE OF HEARING by pla in 4:93-cv-00643 setting motion for summary judgment by pla in 4:93-cv-00643 [38-1] at 10:00 4/18/94 (former emp) (Entered: 02/17/1994) |
| 02/28/1994 | 41 | MINUTE ENTRY Judge Inits: (ACM) Crt Rptr: (John Davis) taking under advisement on 2/28/94 the motion to intervene [21-1] by dfts American Iron and Steel Inst and Hearth Products Association in 4:93-cv-00643, taking under advisement on 2/28/94 the motion to intervene by American Iron, Hearth Products Asso [10-1] in 4:93-cv-00643, taking under advisement on 2/28/94 the motion to intervene by American Mining, Arizona Mining, San Manuel Arizona, GSA Resources, Inc [2-1] in 4:93-cv-00643 [9-1]. (former emp) (Entered: 02/28/1994) |
| 02/28/1994 | 42 | ATTORNEY APPEARANCE for intervenor American Iron in & Hearth Products Asso in 4:93-cv-00643 by Steven Joseph Wells (former emp) (Entered: 03/02/1994) |
| 03/01/1994 | 43 | ORDER by Judge Alfredo C. Marquez ; settlement conference set for 9:00 4/29/94 (cc: all counsel) (former emp) (Entered: 03/11/1994) |
| 03/16/1994 | 44 | ORDER by Judge Alfredo C. Marquez that FRCivP as amended apply to all cases pending before this court and that discovery continue as scheudled. (cc: all counsel) (re: order [44-1] (former emp) (Entered: 03/17/1994) |

| | | |
|---|---|---|
| 03/18/1994 | 45 | RESPONSE by dft United States Envir in 4:93-cv-00643 to motion for summary judgment by pla in 4:93-cv-00643 [38-1] & Wv of Oral Argument (former emp) (Entered: 03/21/1994) |
| 03/21/1994 | 46 | ORDER by Judge Alfredo C. Marquez granting motion for partial summary judgment by pla in 4:93-cv-00643 [38-1] (cc: all counsel) (former emp) (Entered: 03/22/1994) |
| 04/06/1994 | 47 | STIPULATION re disclosure stmts re Rule 26. (former emp) (Entered: 04/07/1994) |
| 04/11/1994 | 48 | NOTICE by pla of submission of proposed form of order (former emp) (Entered: 04/11/1994) |
| 04/13/1994 | 49 | ORDER by Judge Alfredo C. Marquez that pla mtn for sumjgm is gr in part and enters declaratory judgment that EPA is in violation of nondiscretionary duties. (cc: all counsel) (re: order [49-1] (former emp) (Entered: 04/13/1994) |
| 04/13/1994 | 50 | ORDER by Judge Alfredo C. Marquez that disclosure requirements pursuant to Rule 26 be deferred until after settlement conference now sched for 4/29/94. (cc: all counsel) (re: order [50-1]) (former emp) (Entered: 04/13/1994) |
| 04/29/1994 | 51 | MINUTE ORDER ; Settlement conference held. Parties unable to reach settlement. (cc: all counsel) [10-2] (former emp) (Entered: 05/10/1994) |
| 05/23/1994 | 53 | ORDER by Judge Alfredo C. Marquez tthat order of 12/7/93 consolidating CIV-93-643 and CIV-93-706 is vacated and that they are to run separately; mtns to intervene in CIV-93-706 by American Mining Congress, Arizona Mining Assoc, San Manuel Arizona Railroad Co and GSA Resources, American Iron and Steel Institute, Hearth Products Assoc and by Arizona Iron and Steel Instiute and Heflin Steel Supply Co are denied; order that AISA Intervenors motions to intervene in and consolidate CIV-93-706 with CIV-94-53 are granted. (former emp) (Entered: 05/26/1994) |
| 05/24/1994 | 52 | ORDER by Judge Alfredo C. Marquez ; telephonic status conf hearing set for 10:30 am MST 6/3/94 (cc: all counsel) (former emp) (Entered: 05/25/1994) |
| 05/25/1994 | 54 | MOTION for order directing EPA to file response w/in 45 days to the remedy portion of ALA's 2/15/94 mtn for sumjgm and reply due 20 days after srvc of response and set a hearing on remedy portion of pla mtn for sumjgm by pla [54-1] (former emp) (Entered: 05/26/1994) |
| 06/03/1994 | 55 | MINUTE ENTRY Judge Inits: (ACM) Crt Rptr: (J.Davis) ; status hearing held. EPA response to remedy portion of SJ Mtn is due 7/15/94. Pltf reply due 8/8/94. Hrg set for 9/12/94 at 9:00 a.m. [55-2] (former emp) (Entered: 06/07/1994) |
| 06/03/1994 | 56 | NOTICE OF APPEAL by American Mining, Arizona Mining, San Manuel Arizona, GSA Resources, Inc from District Court [53-1] (cc: 9CCA/All Counsel) (AMS) (Entered: 06/08/1994) |

| 06/03/1994 | | Received $105.00 appeal fee (AMS) (Entered: 06/08/1994) |
|---|---|---|
| 06/08/1994 | | Docket Fee Notification form sent to 9CCA (AMS) (Entered: 06/08/1994) |
| 06/14/1994 | 57 | MOTION to stay proceedings pending appeal by intervenor-plaintiff Arizona Mining, intervenor-plaintiff San Manuel Arizona, intervenor-plaintiff GSA Resources, Inc [57-1] (KDT) (Entered: 06/15/1994) |
| 06/17/1994 | 61 | NOTICE OF APPEAL by American Iron, Hearth Products Asso from District Court [53-1] (cc: 9CCA/All Counsel) (AMS) (Entered: 07/07/1994) |
| 06/17/1994 | | Received $105.00 appeal fee (AMS) (Entered: 07/07/1994) |
| 06/17/1994 | | Received $105.00 appeal fee (AMS) (Entered: 07/08/1994) |
| 06/22/1994 | 58 | Transcript Designation and Ordering Form (AMS) (Entered: 06/22/1994) |
| 06/24/1994 | 59 | RESPONSE by pla's to motion to stay proceedings pending appeal by intervenor-plaintiff Arizona Mining, San Manuel Arizona, intervenor-plaintiff GSA Resources, Inc [57-1] (KDT) (Entered: 06/27/1994) |
| 06/24/1994 | | Notification by 9CCA of Appellate Docket Number 94-16066 (AMS) (Entered: 06/29/1994) |
| 06/27/1994 | 60 | NOTICE by American Iron, Hearth Products Asso of transcript order (AMS) (Entered: 06/29/1994) |
| 07/07/1994 | 62 | REPLY Memorandum in support of by intervenor-plaintiff to motion to stay proceedings pending appeal by intervenor-plaintiff Arizona Mining, intervenor-plaintiff San Manuel Arizona, intervenor-plaintiff GSA Resources, Inc [57-1] [57-1] (KDT) (Entered: 07/12/1994) |
| 07/08/1994 | | Docket Fee Notification form sent to 9CCA (AMS) (Entered: 07/08/1994) |
| 07/11/1994 | 63 | TRANSCRIPT of Hearing on Motion to Intervene by Court Reporter: John Davis for the following date(s): 2/28/94 (AMS) (Entered: 07/14/1994) |
| 07/15/1994 | 64 | JOINT MOTION to amend briefing by pla's & dft Carol Browner [64-1] (KDT) (Entered: 07/15/1994) |
| 07/15/1994 | 65 | RETURN OF SERVICE EXECUTED mailed upon dft Carol Browner, dft United States Envir on 7/15/94 (KDT) (Entered: 07/18/1994) |
| 07/15/1994 | 66 | ORDER by Judge Alfredo C. Marquez denying motion to stay proceedings pending appeal by intervenor-plaintiff Arizona Mining, intervenor-plaintiff San Manuel Arizona, intervenor-plaintiff GSA Resources, Inc [57-1] (cc: all counsel) (KDT) (Entered: 07/18/1994) |
| 07/15/1994 | 67 | Transcript Designation and Ordering Form filed 7/15/94. (AMS) (Entered: 07/19/1994) |
| 07/18/1994 | | Notification by 9CCA of Appellate Docket Number 94-16195 (AMS) |

| | | |
|---|---|---|
| | | (Entered: 07/19/1994) |
| 07/18/1994 | 68 | ORDER by Judge Alfredo C. Marquez granting motion for order directing EPA to file response w/in 45 days to the remedy portion of ALA's 2/15/94 mtn for sumjgm and reply due 20 days after srvc of response and set a hearing on remedy portion of pla mtn for sumjgm by pla; pla mtn for sumjgm due 8/8/94 & plas rply due 9/2/94 [54-1] (cc: all counsel) (KDT) Modified on 07/19/1994 (Entered: 07/19/1994) |
| 07/22/1994 | 69 | ORDER by Judge Alfredo C. Marquez ; in court hearing set for 11:00 9/26/94 (cc: all counsel) (KDT) (Entered: 07/25/1994) |
| 07/27/1994 | | Certificate of Record Transmitted to 9CCA as to American Iron, Health Products [61-1] (KDT) (Entered: 07/27/1994) |
| 08/04/1994 | | Certificate of Record Transmitted to 9CCA [61-1] (KDT) (Entered: 08/04/1994) |
| 08/08/1994 | 70 | STATEMENT OF FACTS by dft United States Envir re in support of dft's response to pla motion for sumjgm (KDT) (Entered: 08/09/1994) |
| 08/08/1994 | 71 | RESPONSE by dft to motion for summary judgment by pla in 4:93-cv-00643 [38-1] (KDT) (Entered: 08/09/1994) |
| 08/08/1994 | 72 | REQUEST by dft for expedited telephonic status conference (KDT) (Entered: 08/09/1994) |
| 08/10/1994 | 74 | MINUTE ENTRY Judge Inits: (ACM) Crt Rptr: (J. Davis) Telephonic conf. held. Cnsl to execute stips and file orders for approval by the court. Appeals will then be dism. all counsel) [74-1] (re: minute entry [74-1] (former emp) (Entered: 08/16/1994) |
| 08/11/1994 | 73 | STATEMENT OF FACTS by dft United States Envir in sup of resp to pla mtn for sumjgm. 4:93-cv-00643 [38-1] (former emp) (Entered: 08/11/1994) |
| 08/16/1994 | 75 | MOTION to remove statement of facts, pldg #70 filed in error and return to dfts by dft [75-1] (former emp) (Entered: 08/17/1994) |
| 08/17/1994 | 76 | ORDER by Judge Alfredo C. Marquez granting motion to remove statement of facts, pldg #70 filed in error and return to dfts by dft [75-1] withdrew and returned document to Karen Egbert, attorney for dft EPA. (former emp) (Entered: 08/17/1994) |
| 08/22/1994 | 77 | STIPULATION regarding intervention. (former emp) (Entered: 08/24/1994) |
| 08/29/1994 | 78 | RESPONSE by intervenor-plaintiff to motion for summary judgment by pla in 4:93-cv-00643 [38-1] (former emp) (Entered: 08/29/1994) |
| 08/29/1994 | 79 | STATEMENT OF FACTS by intervenor-plaintiff in sup of AMC intervenors resp to pla mtn for sumjgm. (former emp) (Entered: 08/29/1994) |
| 08/29/1994 | 80 | MEMORANDUM by intervenor American Iron, intervenor Hearth |

| | | |
|---|---|---|
| | | Products Asso re opposition to schedule proposed in mtn for sumjgm of American Lung Association, et al [38-1] (KDT) (Entered: 08/30/1994) |
| 08/29/1994 | 81 | STATEMENT OF FACTS by intervenor American Iron, intervenor Hearth Products Asso re motion for summary judgment by pla in 4:93-cv-00643 [38-1] (KDT) (Entered: 08/30/1994) |
| 08/29/1994 | 82 | CERTIFICATE OF SERVICE by intervenor American Iron, intervenor Hearth Products Asso (KDT) (Entered: 08/30/1994) |
| 09/06/1994 | 83 | CERTIFIED COPY of 9CCA Mandate re dismissing the appeal (cc: all counsel) (AMS) (Entered: 09/07/1994) |
| 09/06/1994 | 84 | CERTIFIED COPY of 9CCA Mandate re dismissing the appeal (cc: all counsel) (AMS) (Entered: 09/07/1994) |
| 09/07/1994 | 85 | ORDER by Judge Alfredo C. Marquez granting stipulation for American Mining Congress, AZ Mining Assoc, San Manuel AZ RR Co, GSA Resources, American Iron and Hearth Products intervene as plaintiffs. (cc: all counsel) (former emp) (Entered: 09/08/1994) |
| 09/13/1994 | 86 | MOTION to exceed the page limit in reply to resp to mtn for sumjgm by pla [86-1] (former emp) (Entered: 09/14/1994) |
| 09/13/1994 | | LODGED pla reply in sup of mtn for sumjgm (former emp) (Entered: 09/14/1994) |
| 09/15/1994 | 87 | ORDER by Judge Alfredo C. Marquez granting motion to exceed the page limit in reply to resp to mtn for sumjgm by pla [86-1] (cc: all counsel) (former emp) (Entered: 09/15/1994) |
| 09/15/1994 | 88 | REPLY by pla to response to motion for summary judgment by pla in 4:93-cv-00643 [38-1] (former emp) (Entered: 09/15/1994) |
| 09/22/1994 | 89 | MOTION to substitute attorney by intervenor American Iron [89-1] (BAR) (Entered: 09/23/1994) |
| 09/26/1994 | 90 | MINUTE ENTRY Judge Inits: (ACM) Crt Rptr: (Barbara Brodrick) taking under advisement on 9/26/94 the motion for summary judgment by pla in 4:93-cv-00643 [38-1] [cc: all counsel) [90-1] re: minute entry [90-1] (former emp) (Entered: 09/27/1994) |
| 09/26/1994 | 91 | ORDER by Judge Alfredo C. Marquez granting motion to substitute attorney iDavid Menotti of Shaw, Pittman, Potts and Trowbridge by intervenor American Iron [89-1] in place of George Sugiyama and Steve Wells. (cc: all counsel) (former emp) (Entered: 09/27/1994) |
| 09/30/1994 | 92 | MOTION for leave to file post-argument memorandum by dft United States Envir [92-1] (KDT) (Entered: 10/06/1994) |
| 10/05/1994 | 93 | RESPONSE by pla American Lung to motion for leave to file post-argument memorandum by dft United States Envir [92-1] (KDT) (Entered: 10/06/1994) |
| 10/05/1994 | | LODGED Reply to post-argument memorandum (KDT) (Entered: |

| | | |
|---|---|---|
| | | 10/06/1994) |
| 10/06/1994 | 94 | ORDER by Judge Alfredo C. Marquez denying motion for leave to file post-argument memorandum by dft United States Envir [92-1], granting in part denying in part motion for summary judgment by pla in 4:93-cv-00643 [38-1] (cc: all counsel) (KDT) (Entered: 10/06/1994) |
| 10/06/1994 | 95 | JUDGMENT: by Judge Alfredo C. Marquez re: order [94-1] terminating case that the pla's mot for sumjgm is granted in part and denied in part; further ord that dft EPA shall conform to the schedule set forth herein bfr & shall promptly complete the legally required review & any revision of the PM criteria & NAAQS by 1/31/97 (cc: all counsel) (KDT) (Entered: 10/06/1994) |
| 10/19/1994 | 96 | BILL OF COSTS submitted by pla American Lung (former emp) (Entered: 10/19/1994) |
| 10/19/1994 | 97 | MOTION to extend time to allow pla until 12/20/94 to file mtn for atty fees by pla [97-1] (former emp) (Entered: 10/19/1994) |
| 10/21/1994 | 98 | BILL OF COSTS submitted by pla American Lung Hearing set for: 11/14/94, 9:30 am (former emp) (Entered: 10/24/1994) |
| 10/27/1994 | 99 | ORDER by Judge Alfredo C. Marquez granting motion to extend time to allow pla until 12/20/94 to file mtn for atty fees by pla [97-1] (cc: all counsel) (former emp) (Entered: 10/27/1994) |
| 11/15/1994 | 100 | TAXATION OF COSTS Order for pla in the amount of $ 120.00 against dft, ord that $120.00 be taxed by the Clk & made part of the judgment (cc: all counsel) (KDT) (Entered: 11/16/1994) |
| 11/23/1994 | 101 | JOINT MOTION for attorney's fees by pla and dft [101-1], for bill of costs by pla and dft [101-2] (former emp) (Entered: 11/23/1994) |
| 01/17/1995 | 102 | ORDER by Judge Alfredo C. Marquez that mtn for attyfees and costs is gratned and ALA awarded $43,749 agnst EPA in full settlement of ALA clm for attyfees and csts incurred to date. (former emp) (Entered: 01/18/1995) |
| 03/01/1995 | 103 | NOTICE by pla of change of address for Atty David Baron. (PAB) (Entered: 03/02/1995) |
| 08/30/1995 | 104 | JOINT MOTION to amend order of 10/6/94 by pla American Lung, dft Carol Browner, dft United States Envir [104-1] (PAB) (Entered: 08/31/1995) |
| 08/30/1995 | 105 | JOINDER by intervenor-plaintiff National Mining Assoc to [104-1] Mtn to modify order and response to Mtn to modify order (PAB) (Entered: 08/31/1995) |
| 08/30/1995 | 105 | Intervenor National Mining Assoc joinder in & RESPONSE by intervenor-plaintiff to motion to amend order of 10/6/94 by pla American Lung, dft Carol Browner, dft United States Envir [104-1] (PAB) (Entered: 08/31/1995) |
| | | |

| | | |
|---|---|---|
| 08/31/1995 | 106 | JOINDER by intervenor American Iron, intervenor Hearth Products Asso to [104-1] (PAB) (Entered: 08/31/1995) |
| 09/01/1995 | 107 | ORDER by Judge Alfredo C. Marquez granting motion to amend order of 10/6/94 by pla American Lung, dft Carol Browner, dft United States Envir [104-1], changing dates for completion of CASAC review to 1/5/96; changing date for completion of external review draft of the SP to 11/3/95; date for preparation of the finald DC & SP to 2/29/96. The dates by which the Order of 10/6/94 requires Federal Register publication of proposal 6/30/96, close of public comment 8/29/95 and Federal Register publication of final action on EPA review & any revision of NAAQS 1/31/97 remain unchanged [all counsel] (PAB) (Entered: 09/05/1995) |
| 02/06/1996 | 108 | Unopposed MOTION to modify order of 10/6/94 as previously modified by order dtd 9/1/95 by dft [108-1] (PAB) Modified on 02/06/1996 (Entered: 02/06/1996) |
| 02/08/1996 | 109 | JOINDER by intervenor-plaintiff American Mining to Dfts mtn to modify order[108-1] (PAB) (Entered: 02/08/1996) |
| 02/08/1996 | 110 | ORDER by Judge Alfredo C. Marquez granting joinder of unopposed mtn to modify ord; granting unopposed motion to modify order of 10/6/94 as previously modified by order dtd 9/1/95 by dft [108-1] (cc: all counsel) (KDT) (Entered: 02/09/1996) |
| 11/27/1996 | 111 | MOTION to modify order by Carol Browner, United States Envir [111-1] (PAB) (Entered: 12/02/1996) |
| 11/27/1996 | 112 | ORDER by Judge Alfredo C. Marquez granting motion to modify order by Carol Browner, United States Envir [111-1] by changing the date for Federal Register publication of the proposal ntc to 12/20/96 and by changing the date for close of the public comment period on the proposal ntc to 2/18/97(cc: all counsel) (PAB) Modified on 12/03/1996 (Entered: 12/02/1996) |
| 02/05/1997 | 113 | MOTION to modify order of 10/6/94 as modified by its orders of 9/1/95,2/7/96, & 11/27/96 by Carol Browner, United States Envir [113-1] (PAB) (Entered: 02/05/1997) |
| 02/10/1997 | 114 | RESPONSE by American Lung to motion to modify order of 10/6/94 as modified by its orders of 9/1/95,2/7/96, & 11/27/96 by Carol Browner, United States Envir [113-1] (PAB) (Entered: 02/10/1997) |
| 02/10/1997 | 115 | DECLARATION of Mary D Nichols by dft (PAB) (Entered: 02/10/1997) |
| 02/10/1997 | 116 | ORDER by Judge Alfredo C. Marquez granting motion to modify order of 10/6/94 as modified by its orders of 9/1/95,2/7/96, & 11/27/96 by Carol Browner, United States Envir [113-1]. Order modified as follows: By chaning date for close of public comment period on the ntc of proposed rulemakeing to 3/12/97 and by change the date by which the Administrator shall publish in the Federal Register-Notice of Final Action by July 19, 1997. Nor further ext shall be gr (cc: all counsel) (PAB) (Entered: 02/11/1997) |
| | | |

| | | |
|---|---|---|
| 02/20/1997 | 117 | Notice of change of name of party American Mining congress kna National Mining assoc and ATTORNEY SUBSTITUTION: terminating attorney James E Gilchrist for American Mining and substituting attorney Steven J. Burr, Quinlan J Shea III (PAB) (Entered: 02/24/1997) |
| 07/22/1997 | 118 | REPORT by dft (notice of compliance with order) (PAB) (Entered: 07/22/1997) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/06/2007 18:03:34 | | | |
| PACER Login: | us3079 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:93-cv-00643-ACM |
| Billable Pages: | 8 | Cost: | 0.64 |