IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency, <br><br> Defendant. | Case No. C-07-3678 JSW |

## DECLARATION OF DR. MARY ROSS

I, Mary Ross, Ph.D., under penalty of perjury, affirm and declare that the following statements are true and correct to the best of my knowledge and belief, and are based on my own personal knowledge or on information contained in the records of the United States Environmental Protection Agency (EPA) or supplied to me by EPA employees under my supervision.

1. I am the Branch Chief for the Environmental Media Assessment Group (EMAG) within the National Center for Environmental Assessment – Research Triangle Park Division (NCEA-RTP), in EPA's Office of Research and Development (ORD). I have held this position since 2006. In my current capacity as Branch Chief of EMAG, I am responsible for overseeing EPA's periodic reviews of the air quality criteria under section 109(d) of the Clean Air Act, 42 U.S.C. § 7409(d). This responsibility includes activities related to (1) the planning and scheduling of the entire NAAQS review process, in collaboration with the Ambient Standards Group (ASG) within the Office of Air Quality Planning and Standards (OAQPS); and (2) the preparation of science assessments, which comprehensively review the science underlying the national ambient air quality standards (NAAQS), and provide an evaluation, integration, and synthesis of the most policy-relevant science: namely, that related to the indicator to use for the pollutant at issue, the averaging time for the standard, the form of the standard, and the level of the standard.

2. In addition to working on the review of the NAAQS for carbon monoxide (CO), scientists within EMAG are presently actively working on the science assessments for reviews of (1) the primary NAAQS for oxides of nitrogen, (2) the primary NAAQS for sulfur oxides, (3) the secondary NAAQS for nitrogen and sulfur oxides, and (4) the primary and secondary NAAQS for particulate matter. EMAG scientists are also providing scientific and technical support to other offices for the final stages of the ozone and Pb NAAQS reviews (for which Criteria Documents were completed in 2006), which can require a substantial amount of time for those scientists.

3. In EMAG, there are currently 18 full-time scientists (Federal employees), one full-time scientist on temporary detail to EMAG, and several postdoctoral researchers (grantees). The group is comprised of scientists from a range of disciplines, as is required to perform multidisciplinary scientific assessments, including scientists with expertise in ecology, epidemiology, toxicology, clinical research studies, atmospheric chemistry and physics, atmospheric measurement and modeling, and human exposure assessment. For each pollutant, an assessment team will be comprised of individuals from different disciplines, and the size of the science assessment team will depend on the complexity of the evidence to be evaluated. For example, the current assessment team for particulate matter includes almost everyone in EMAG, as there is a large body of evidence, and complex issues to evaluate. The assessments for the reviews of the NAAQS for oxides of nitrogen and sulfur oxides are smaller, generally 6-10 scientists, as each team is focused on either health or environmental effects. Every scientist in EMAG is working on multiple pollutants. At a minimum, a scientist may be participating in two criteria pollutant assessments at a time, and several scientists are currently contributing to *all* of the pollutant-specific science assessment teams.

4. Based on a preliminary search of the literature, EPA is aware of a number of recent studies showing statistically significant associations between CO and reduced birth weight at various trimester-specific exposure windows, including those cited by the Plaintiffs. However, several studies have reported no associations between CO and reduced birth weight during any gestational exposure periods.[1] Other methodological issues that affect the ability to interpret the results of these studies include the ability to adequately adjust for potential confounders, the use of dichotomous and continuous measures of low birth weight, and variability in the gestational ages of infants included in the studies. In developing the integrated science assessment for CO, EPA will conduct a comprehensive evaluation of these complex methodological issues before drawing conclusions from the results of these studies.

---

[1] Studies reporting no associations between CO and reduced birth weight during any gestational exposure periods include:
   Chen, L., Yang, W., Jennison, B.L., Goodrich, A., Omaye, S.T. (2002) Air pollution and birth weight in northern Nevada, 1991-1999. Inhalation Toxicology, 14:141-157;
   Lin, C.-M.; Li, C.-Y.; Yang, G.-Y.; Mao, I-F. (2004d) Association between maternal exposure to elevated ambient sulfur dioxide during pregnancy and term low birth weight. Environ. Res. 96: 41-50;
   Liu, S.; Krewski, D.; Shi, Y.; Chen, Y.; Burnett, R. T. (2003) Association between gaseous ambient air pollutants and adverse pregnancy outcomes in Vancouver, Canada. Environ. Health Perspect. 111: 1773-1778; and
   Parker, J.D., Woodruff T.J., Basu, R., Schoendorf, K.C. (2005) Air pollution and birth weight among term infants in California. Pediatrics, 115(1): 121-128.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 6th day of December, 2007 at Research Triangle Park, N.C.

*Mary Ross*
_____
Mary Ross
Branch Chief
Environmental Media Assessment Group (EMAG)
National Center for Environmental Assessment –
    Research Triangle Park Division
Office of Research and Development
United States Environmental Protection Agency