IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. C-07-3678 JSW |
| | | |

## DECLARATION OF DR. KAREN M. MARTIN

     I, Karen M. Martin, Ph.D., under penalty of perjury, affirm and declare that the following statements are true and correct to the best of my knowledge and belief, and are based on my own personal knowledge or on information contained in the records of the United States Environmental Protection Agency (EPA) or supplied to me by EPA employees under my supervision.

     1. I am the Group Leader for the Ambient Standards Group (ASG) within the Office of Air Quality Planning and Standards (OAQPS) at EPA. I have held this position, or the equivalent position in predecessor organizational units, since November 1992. In my current capacity as Group Leader of ASG, I am responsible for overseeing EPA's periodic reviews of the national ambient air quality standards (NAAQS) under section 109(d) of the Clean Air Act, 42 U.S.C. § 7409(d). This responsibility includes activities related to (1) the planning and scheduling of the entire NAAQS review process, in collaboration with the National Center for Environmental Assessment, RTP Division (NCEA-RTP), within EPA's Office of Research and Development; (2) the conduct, as appropriate, of both human health and environmental exposure and risk assessments; (3) the preparation of policy assessments, which are intended to bridge the gap between science assessments prepared by NCEA-RTP and the decisions made by the EPA Administrator as to the establishment or revision of NAAQS; and (4) rulemaking notices, published in the Federal Register, that present the rationale for decisions by the Administrator as to establishment or revision of NAAQS.

2. The Ambient Standards Group is currently engaged in reviews of all of the NAAQS, including review of standards for carbon monoxide (primary), lead (primary and secondary), ozone (primary and secondary), particulate matter (primary and secondary), nitrogen dioxide (primary), sulfur dioxide (primary), and nitrogen oxides/sulfur oxides (secondary). The work of the ASG requires highly technical expertise in risk assessment, exposure assessment, public health, epidemiology, toxicology, controlled human exposure science, and ecology. ASG consists of thirteen scientists with collective expertise in these areas, but due to the need for specialized expertise for each review, all ASG staff currently work on the reviews of NAAQS for at least two pollutants, with some staff working on all of the concurrent NAAQS reviews.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 6th day of December, 2007 at Research Triangle Park, N.C.

Karen M. Martin
Group Leader
Ambient Standards Group
Office of Air Quality Planning
   and Standards
United States Environmental Protection Agency