IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, ROCKY MOUNTAIN CLEAN AIR ACTION, COALITION FOR A SAFE ENVIRONMENT, and PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, Administrator of the United States Environmental Protection Agency,<br><br>　　　　Defendants. | Case No. C 07-3678 JSW<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON REMEDY AND GRANTING DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT ON REMEDY |

　　Before the Court are Plaintiffs' motion for summary judgment on remedy and Defendants' cross-motion for summary judgment on remedy. Upon consideration of the papers filed by counsel, and good cause appearing therefore,

　　IT IS HEREBY ORDERED that Plaintiffs' motion be denied and Defendants' cross-motion be granted. IT IS FURTHER ORDERED that EPA shall perform the following actions pursuant to 42 U.S.C. § 7409(d)(1):

(1)　on or before May 28, 2010, issue a final science assessment document for carbon monoxide; and

(2)　(a) on or before October 28, 2011, sign one of the following: (i) a proposed rule containing new standards or revisions to the national ambient air quality standards for carbon monoxide as may be appropriate in accordance with 42 U.S.C. § 7409(b), or (ii) a proposed or final determination not to revise such standards; and
(b) on or before July 27, 2012, sign a final rule containing new standards or revisions to the national ambient air quality standards for carbon monoxide as may be appropriate in accordance with 42 U.S.C. § 7409(b), unless a final determination not to revise such standards has been issued on or before July 27, 2012.

DATED: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable Jeffrey S. White
　　　　　　　　　　　　　　　　　　Judge of the United States District Court

Northern District of California