Shana Lazerow (State Bar No. 195491)
Communities for a Better Environment
1440 Broadway Suite 701
Oakland, California 94612
Telephone: (510) 302-0430
Facsimile: (510) 302-0438
Email: slazerow@cbecal.org

Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

Robert Ukeiley (State Bar No. 90056)
Pro Hac Vice
LAW OFFICE OF ROBERT UKEILEY
435R Chestnut Street, Suite 1
Berea, KY 40403
Telephone: (859) 986-5402
Facsimile: (866) 618-1017
Email: rukeiley@igc.org

Attorney for Plaintiffs
COMMUNITIES FOR A BETTER ENVIRONMENT,
ROCKY MOUNTAIN CLEAN AIR ACTION,
COALITION FOR A SAFE ENVIRONMENT, and
PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, ROCKY MOUNTAIN CLEAN AIR ACTION, COALITION FOR A SAFE ENVIRONMENT, and PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency <br><br> Defendant | Case No. 07-03678 <br><br><br> NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT <br><br> (Federal Clean Air Act, 42 U.S.C. §§ 7401 et. seq.) <br><br> Date: February 22, 2008 <br> Time: 9:00 a.m. <br> Place: Courtroom 2, 17th floor |

1   This is a Clean Air Act deadline suit regarding the failure of the United States Environmental Protection Agency and its Administrator ("EPA") to review and revise as necessary the study of the latest science, which EPA calls an Integrated Science Assessment, on adverse impacts from the air pollutant Carbon Monoxide and to review and revise, as necessary, the National Ambient Air Quality Standard ("NAAQS") for Carbon Monoxide. Summary Judgment has been fully briefed and is set for oral argument on February 22, 2008. However, after Plaintiffs submitted their final brief, on January 22, 2008 EPA's own experts, who make up its Clean Air Scientific Advisory Committee ("CASAC"), issued a letter concluding that the process EPA proposes to use in its carbon monoxide NAAQS review does not lead to a scientifically supportable conclusion in the minimum amount of time.

Plaintiffs recently became aware of this January 22 letter ("CASAC Jan. 22 Letter"), which contradicts several of the assertions in EPA's January 25, 2008 reply brief to this Court. Specifically, in EPA's Reply in Support of Its Cross-Motion for Summary Judgment on Remedy, [Dk. # 33] ("Reply") EPA stated:

> EPA's schedule reflects the minimum amount of time necessary to conduct a review and any appropriate revision of the CO NAAQS that the Agency believes will satisfy applicable legal requirements and lead to scientifically supportable conclusions. *See* Page Decl. ¶ 51.

Reply at 1. EPA went on to state:

> During the course of EPA's rulemaking, EPA undertook a comprehensive reexamination of the process for reviewing and revising the NAAQS, as described in the Page Declaration (attached to EPA's principal brief) ¶¶ 21-25.3. EPA ultimately adopted a series of measures to streamline and strengthen the NAAQS review process. *Id.*

Reply at 8. Finally, EPA stated:

> Here, if the Court requires EPA to perform its nondiscretionary duty in less time than the Agency has proposed, EPA management will need to exercise its best scientific judgment and technical expertise, in consultation with the Clean Air Scientific Advisory Committee and after public comment, to consider what elements of the review process should be curtailed or omitted in order to comply with the Court's ultimate deadline.

*CBE v. EPA*    Notice of Supplemental Authority in Support of Plaintiffs' Motion for Summary Judgment

2

Reply at 9.

In contrast to EPA's contentions in its Reply, EPA's experts on EPA's congressional mandated Clean Air Scientific Advisory Committee concluded:

> However, *the CASAC finds the ANPR [Advanced Notice of Proposed Rulemaking] for the Lead NAAQS to be both completely unsuitable and inadequate as a basis for rulemaking*, in that it does not provide the underlying scientific justification for the range of options for standard-setting that the Agency is currently considering.

CASAC Jan. 22 Letter, attached as Exhibit 1, at 1 (emphasis in original).

The CASAC letter goes on to explain:

> *[T]he CASAC found the Advance Notice of Proposed Rulemaking for the Lead NAAQS* — the first such document of this type to be issued under EPA's revised NAAQS review process — *to be entirely unsuitable and inadequate for use in rulemaking*.
>
> . . .
>
> *The Agency's ANPR for the Lead NAAQS thus represented a remarkable weakening of the scientific foundation of the NAAQS review process.* Far from improving the efficiency of the review, the ANPR essentially *reversed* the process.
>
> . . .
>
> While this letter will focus specifically on the ANPR for the Lead NAAQS, the CASAC intends to send a separate letter to the EPA Administrator in the near future to address our concerns and elaborate on the deficiencies in the Agency's revised NAAQS review process that the Committee has identified in light of the structure and content of this ANPR.

CASAC Jan. 22 Letter at 2 – 4 (emphasis in the original).

                                              Respectfully submitted,

                                              /s Robert Ukeiley
                                              _____
                                              Robert Ukeiley
                                              Attorney for Plaintiffs
                                              COMMUNITIES FOR A BETTER ENVIRONMENT
                                              ROCKY MOUNTAIN CLEAN AIR ACTION
                                              COALITION FOR A SAFE ENVIRONMENT
                                              PHYSICIANS FOR A SOCIAL RESPONSIBILITY –
                                              LOS ANGELES

Shana Lazerow
Attorney for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

Dated: January 30, 2008

CERTIFICATE OF SERVICE

On January 30, 2008, a copy of the foregoing was served electronically via the Court's e-filing system to Counsel of Record.

/s Robert Ukeiley
_____
Robert Ukeiley