IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COMMUNITIES FOR A BETTER
ENVIRONMENT, et al.

    Plaintiffs,

  v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY, et al.

    Defendants.

No. C 07-03678 JSW

**ORDER VACATING HEARING DATE**

The parties' cross-motions for summary judgment are currently set for hearing on Friday, February 22, 2008 at 9:00 a.m. These matters are now fully briefed and ripe for decision. The Court finds that these matters are appropriate for disposition without oral argument and the matters are deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for February 22, 2008 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: February 21, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE