1    JOSEPH P. RUSSONIELLO
      United States Attorney
2    CHARLES M. O'CONNOR (CA State Bar No. 56320)
     Assistant United States Attorney
3    450 Golden Gate Ave., 10th Floor
     San Francisco, California 94102
4    Tel:    (415) 436-7180

5    RONALD J. TENPAS
     Assistant Attorney General
6    Environment and Natural Resources Division
     PAUL CIRINO
7    Trial Attorney
     U.S. Department of Justice
8    Environmental Defense Section
     P.O. Box 23986
9    Washington, D.C. 20026-3986
     Tel:    (202) 514-1542
10   Fax:    (202) 514-8865
     Email: paul.cirino@usdoj.gov

11   ATTORNEYS FOR DEFENDANTS

12
                     IN THE UNITED STATES DISTRICT COURT
13                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
14   _____
                                              )
15   COMMUNITIES FOR A BETTER                  )    Case No. C 07-3678 JSW
     ENVIRONMENT et al.,                       )
16                                             )
                Plaintiffs,                    )
17          v.                                 )
                                               )    **NOTICE OF SUBSTITUTION**
18                                             )    **OF COUNSEL**
     UNITED STATES ENVIRONMENTAL               )
19   PROTECTION AGENCY et al.,                 )
                                               )
20              Defendants.                    )
     _____)
21

22          Please enter the appearance of Paul Cirino in substitution for Pamela S. Tonglao as

23   counsel for Defendants in the above-captioned case.  Mr. Cirino's addresses and contact

24   information are as follows:

**MAILING ADDRESS**
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986

**OVERNIGHT ADDRESS (not to be used for regular mail)**
U.S.  Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D. Street, N.W., Suite 8000
Washington, D.C. 20004

**TELEPHONE**:        (202) 514-1542

**FACSIMILE**:        (202) 514-8865

**E-MAIL**            paul.cirino@usdoj.gov

Date:  April 16, 2008              Respectfully submitted,

                                   RONALD J. TENPAS
                                   Attorney General
                                   Environment & Natural Resources Division

                                   ___/s/ Paul Cirino_____
                                   PAUL CIRINO
                                   Trial Attorney
                                   United States Department of Justice
                                   Environmental Defense Section
                                   P.O. Box 23986
                                   Washington, D.C. 20026-3986
                                   Tel:    (202) 514-1542
                                   Fax:    (202) 514-8865
                                   Email: paul.cirino@usdoj.gov

                                   ATTORNEYS FOR DEFENDANTS

### CERTIFICATE OF SERVICE

On April 16, 2008, a true and correct copy of the foregoing  was served electronically via the Court's e-filing system to Counsel of Record.

                                   _/s/ Paul Cirino_____
                                   PAUL CIRINO