```
```
Case 3:07-cv-03678-JSW    Document 38    Filed 06/24/2008    Page 1 of 5

JOSEPH P. RUSSONIELLO
United States Attorney
CHARLES M. O'CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave., 10th Floor
San Francisco, California 94102
Tel:    (415) 436-7180

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
PAUL CIRINO
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 514-1542
Fax:    (202) 514-8865
paul.cirino@usdoj.gov

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY et al., <br><br> Defendants. | Case No. 07-3768 JSW <br><br> **STIPULATED MOTION TO CORRECT CLERICAL MISTAKE IN MAY 5, 2008 ORDER** |

Stipulated Motion to Correct Clerical Mistake
Case No. 07-3678 JSW

Pursuant to Federal Rule of Civil Procedure 60(a), Plaintiffs Communities for a Better Environment, Rocky Mountain Clean Air Action, Coalition for a Safe Environment and Physicians for Social Responsibility – Los Angeles, and Defendants United States Environmental Protection Agency and Administrator Stephen L. Johnson respectfully submit this motion to correct clerical mistakes in the Court's Order re Cross-Motions for Summary Judgment, dated May 5, 2008 (Docket No. 37) (the "Order").

Rule 60(a) authorizes the court to "correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a). "So long as the court's correction was intended to conform the judgment to the original intention of the court, the invocation of Rule 60(a) [i]s proper." Harman v. Harper, 7 F.3d 1455, 1457 (9th Cir. 1993).

The parties request that the Court amend two related portions of the Order.  First, Defendants request that the Court amend Item (4) on Page 7 by changing the reference to "October 2012" to "July 2012."  Defendants proposed to sign the notice announcing and explaining the final decisions on the national ambient air quality standards for carbon monoxide ("CO NAAQS") by the end of July 2012, not October 2012.  (Docket No. 31-3, Page Decl. at 32 ("The Administrator will sign the notice announcing and explaining final decisions on the CO NAAQS by July 27, 2012, for publication in the Federal Register."); Page Decl. Attachment B (proposing the final rulemaking to be completed by July 2012).)  Defendants believe the Order should be corrected in order to confirm that EPA had proposed completing its review of the CO NAAQS within five years of the September 13, 2007 call for information.  The relevant statute

requires the Agency to complete a review of the NAAQS and recommend revisions to existing NAAQS within five-year intervals. 42 U.S.C. § 7409(d)(1)(B).

The parties also request that the Court amend the first line of the second full paragraph on Page 8 by changing the language in Line 17 from "five years and one month" to "four years and ten months." Defendants proposed to begin the CO NAAQS review process with a call for information in September 13, 2007 and complete it by July 2012 (as indicated in the previous paragraph). Thus, the correct time period requested by EPA was four years and ten months, rather than five years and one month.

## **CONCLUSION**

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court grant the motion.

Date:   June 24, 2008                    Respectfully submitted,

   /s/ Shana Lazerow
SHANA LAZEROW
Communities for a Better Environment
1440 Broadway, Suite 701
Oakland, CA  94612
Telephone: (510) 302-0430
Facsimile: (510) 302-0437
slazerow@cbecal.org

ROBERT STEVEN UKEILEY
435R Chestnut Street, Suite 1
Berea, KY 40403
Telephone:  859-986-5402
rukeiley@igc.org

*Attorneys for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

  /s/ Paul Cirino
PAUL CIRINO
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 514-1542
Facsimile: (202) 514-8865
Email: paul.cirino@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On June 24, 2008, a true and correct copy of the foregoing was served electronically via the Court's e-filing system to Counsel of Record.

                                      /s/ Paul Cirino
                                      PAUL CIRINO