JOSEPH P. RUSSONIELLO
United States Attorney
CHARLES M. O'CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave., 10th Floor
San Francisco, California 94102
Tel:     (415) 436-7180

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
PAUL CIRINO
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:     (202) 514-1542
Fax:     (202) 514-8865
paul.cirino@usdoj.gov

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY et al., <br><br> Defendants. | Case No. 07-3768 JSW <br><br> **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CORRECT CLERICAL MISTAKE IN MAY 5, 2008 ORDER** |

Proposed Order Granting Stipulated Motion to Correct Clerical Mistake
Case No. 07-3678 JSW

Upon consideration of the Stipulated Motion to Correct Clerical Mistake in May 5, 2008 Order, it is hereby ORDERED that the Order of May 5, 2008 is AMENDED as follows:

1. The final two words of Item (4) on Line 28 of Page 7 shall read "July 2012" instead of "October 2012"; and

2. The phrase "five years and one month" on Line 17 of Page 8 shall read "four years and ten months."

The remainder of the May 5, 2008 Order shall remain unchanged.

Dated: _____, 2008        _____
                                    UNITED STATES DISTRICT JUDGE