Case 3:07-cv-03678-JSW    Document 38-2    Filed 06/24/2008    Page 1 of 2

JOSEPH P. RUSSONIELLO
United States Attorney
CHARLES M. O'CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave., 10th Floor
San Francisco, California 94102
Tel:    (415) 436-7180

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
PAUL CIRINO
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 514-1542
Fax:    (202) 514-8865
paul.cirino@usdoj.gov

ATTORNEYS FOR DEFENDANTS

FILED
JUN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY et al., <br><br> Defendants. | Case No. 07-3768 JSW <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO CORRECT CLERICAL MISTAKE IN MAY 5, 2008 ORDER |

~~Proposed~~ Order Granting Stipulated Motion to Correct Clerical Mistake
Case No. 07-3678 JSW

1  Upon consideration of the Stipulated Motion to Correct Clerical Mistake in May 5, 2008

2  Order, it is hereby ORDERED that the Order of May 5, 2008 is AMENDED as follows:

3  
4  1.  The final two words of Item (4) on Line 28 of Page 7 shall read "July 2012"

5  instead of "October 2012"; and

6  2.  The phrase "five years and one month" on Line 17 of Page 8 shall read "four

7  years and ten months."

8  
9  The remainder of the May 5, 2008 Order shall remain unchanged.

10  
11  Dated: __June 24__, 2008          _____[signature]_____
12                                    UNITED STATES DISTRICT JUDGE