JOSEPH P. RUSSONIELLO
United States Attorney
CHARLES M. O'CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave., 10th Floor
San Francisco, California 94102
Tel:    (415) 436-7180

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
PAUL CIRINO
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 514-1542
Fax:    (202) 514-8865
paul.cirino@usdoj.gov

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY et al.,<br><br>Defendants. | Case No. 07-3678 JSW<br><br>**REVISED SCHEDULE WITH INTERIM DEADLINES PURSUANT TO THE MAY 5, 2008 ORDER** |

Pursuant to the Court's Order of May 5, 2008 (Docket No. 37), Defendants United States Environmental Protection Agency and Administrator Stephen L. Johnson (jointly, "EPA") respectfully submit the following revised schedule with interim deadlines with respect to the revisions of the existing air quality criteria and national ambient air quality standards ("NAAQS") for carbon monoxide ("CO").

EPA intends to comply with the following schedule:

| Task | Deadline |
|---|---|
| Final integrated science assessment | January 29, 2010 |
| Final risk/exposure assessment | May 28, 2010 |
| Notice of proposed rulemaking signed | October 28, 2010 |
| Notice of final rulemaking signed | May 13, 2011 |

The final integrated science assessment will involve the preparation of at least one draft assessment (analyzing the relevant science, including the chemistry of CO, sources of ambient pollutant levels, clinical, toxicological and epidemiological studies, and other information on the impact of the pollutant on health and welfare), and the review of that draft by the Clean Air Scientific Advisory Committee ("CASAC") of EPA's Science Advisory Board and the public. (See generally Defs.' Summary Judgment Br. at 6; Page Decl. at 27-28.)[1]/  Time-permitting, EPA will also prepare a second draft of the science assessment, with a second review by CASAC and the public. EPA estimates that the first draft could be completed in or about late February 2009. EPA intends to complete the final integrated science assessment by January 29, 2010.

---

[1]/    Citations to "Defs.' Summary Judgment Br." refer to Defendants' Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of EPA's Cross-Motion for Summary Judgment Concerning Remedy, filed December 7, 2007 (Docket No. 31). Citations to "Page Decl." refer to the Declaration of Stephen D. Page, filed December 7, 2007 (Docket No. 31-3.)

The final risk/exposure assessment will involve the preparation of a scope and methods plan, with CASAC consultation and public comment, the preparation of at least one draft (evaluating patterns of exposure to ambient CO and, if scientifically appropriate based on the science assessment, also including a quantitative risk assessment of the relationship between varying ambient levels of CO and different adverse effects), and the review of that draft by CASAC and the public. (See generally Defs.' Summary Judgment Br. at 7; Page Decl. at 28-29.) Time-permitting, EPA will also prepare a second draft of the assessment, with a second review by CASAC and the public. EPA estimates that the first draft risk/exposure assessment could be completed in or about late September 2009. EPA intends to complete the final risk/exposure assessment by May 28, 2010.

The notice of proposed rulemaking will involve the preparation and signing by the Administrator of a notice of proposed rulemaking, including a detailed statement of the basis and purpose of any proposal to retain or revise the NAAQS for CO. (See generally Defs.' Summary Judgment Br. at 7-8; Page Decl. at 30-31.) EPA intends to sign the notice of proposed rulemaking by October 28, 2010.[2]/

The Court has directed EPA to complete the NAAQS review and revision process for CO by May 13, 2011. EPA intends to comply with this deadline by signing the notice of final rulemaking concerning any decision to retain or revise the CO NAAQS by that date.

---

[2]/ EPA is in the process of considering various issues related to the use of an advance notice of proposed rulemaking ("ANPR") in this NAAQS review, and therefore is not including a date for an ANPR in this submission on interim dates.

Date: July 7, 2008                              Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

  /s/ Paul Cirino
PAUL CIRINO
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 514-1542
Facsimile: (202) 514-8865
Email: paul.cirino@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On July 7, 2008, a true and correct copy of the foregoing was served electronically via the Court's ECM/CF system to all Counsel of Record.

          /s/ Paul Cirino
          PAUL CIRINO