UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, ROCKY MOUNTAIN CLEAN AIR ACTION, COALITION FOR A SAFE ENVIRONMENT, and PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency<br><br>Defendant | Case No. 07-CV-03678 JSW<br><br>**[PROPOSED] ORDER ESTABLISHING SCHEDULE TO REVIEW NATIONAL AMBIENT AIR QUALITY STANDARD FOR CARBON MONOXIDE** |

On May 5, 2008, this Court granted the Motion for Summary Judgment by plaintiffs Communities for a Better Environment, Rocky Mountain Clean Air Action, Coalition for a Safe Environment, and Physicians for Social Responsibility - Los Angeles ("Plaintiffs") and denied the Cross Motion for Summary Judgment by Defendant Environmental Protection Agency and Stephen L. Johnson ("EPA").  Docket # 37.  In granting Plaintiffs' Motion for Summary Judgment, this Court held:

> Although the Court has the authority to do so, the Court is hesitant to set interim deadlines at this time. . . .  However, given how many years have passed since the EPA's mandatory deadline has expired, the Court is wary of merely providing the EPA a long-term deadline without any oversight or review. Therefore, the Court HEREBY DIRECTS the EPA to submit, by no later than July 7, 2008, a revised schedule with interim deadlines in accordance with this Order.

Dk. & 37 at 9.

On July 7, 2008 EPA filed its Revised Schedule with Interim Deadlines pursuant to the May 5, 2008 Order ("Revised Schedule"), Docket # 40.  In the Revised Schedule, EPA explained that it intends to comply with the following schedule:

| Task | Deadline |
| --- | --- |
| Final integrated science assessment | January 29, 2010 |
| Final risk/exposure assessment | May 28, 2010 |
| Notice of proposed rulemaking signed | October 28, 2010 |
| Notice of final rulemaking signed | May 13, 2011 |

Revised Schedule, p. 2.  EPA also stated in its Revised Schedule that it "estimates that the first draft [of the integrated science assessment] could be completed in or about late February 2009.  Id.  EPA further stated in its Revised Schedule that it "estimates that the first draft risk/exposure assessment could be completed in or about late September 2009."  Id. at 3.

//

//

NOW THEREFORE, GOOD CAUSE APPEARING, the Court hereby ORDERS EPA to comply with the following schedule, which includes interim deadlines to ensure oversight and review of EPA's progress:

| Task | Deadline |
| --- | --- |
| 1st Draft integrated science assessment | March 14, 2009 |
| 1st Draft risk/exposure assessment | October 29, 2009 |
| Final integrated science assessment | January 29, 2010 |
| Final risk/exposure assessment | May 28, 2010 |
| Notice of proposed rulemaking signed | October 28, 2010 |
| Notice of final rulemaking signed | May 13, 2011 |

EPA shall also forward the notices of proposed and final rulemakings to the Federal Register within 15 business days of signature.

**IT IS SO ORDERED.**

Dated:  November 14, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE