1 JOSEPH P. RUSSONIELLO
United States Attorney
2 CHARLES M. O'CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
3 450 Golden Gate Ave., 10th Floor
San Francisco, California 94102
4 Tel: (415) 436-7180

5 RONALD J. TENPAS
Assistant Attorney General
6 Environmental and Natural Resources Division
MARTHA C. MANN (Fla. Bar No. 155950)
7 Trial Attorney
U.S. Department of Justice
8 Environmental Defense Section
P.O. Box 23986
9 Washington, D.C. 20026-3986
Tel: (202) 514-2664
10 Fax: (202) 514-8865
Email: martha.mann@usdoj.gov

12 ATTORNEYS FOR DEFENDANTS

14 IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
15 SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, ROCKY MOUNTAIN CLEAN AIR ACTION, COALITION FOR A SAFE ENVIRONMENT, and PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No. C 07-3678 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO SUBMIT MOTION FOR ATTORNEY'S FEES** |

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION
TO SUBMIT MOTION FOR ATTORNEY'S FEES          Case No. 07-03678 JSW

1  This stipulation is entered into by Plaintiffs, Communities for a Better Environment, Rocky Mountain Clean Air Action, Coalition for a Safe Environment, and Physicians for Social Responsibility-Los Angeles, and Defendants, the United States Environmental Protection Agency and Stephen L. Johnson, in consideration of the following facts:

1. The Court entered Judgment on November 24, 2008. Dkt. #44.

2. Pursuant to Local Rule 54-6, any motion for attorney's fees must be filed within 14 days of the entry of Judgment. In this case, such motion must be filed by December 8, 2008.

3. The Parties agree that there is good cause to extend the time for filing a Motion for Attorney's Fees until December 22, 2008. Such an extension is reasonable given the fact that the Parties desire to have fee settlement discussions, and such discussions will be limited by office closures and scheduling availability over the Thanksgiving holiday.

NOW, THEREFORE, pursuant to Local Rules 6-2 and 7-12, by and through their undersigned counsel, the Parties hereby stipulate to the entry of an order extending Plaintiff's time up to and including Monday, December 22, 2008, to file a Motion for Attorney's Fees.

Respectfully submitted,

Dated: November 26, 2008

　/s/ Shana Lazerow
SHANA D.G. LAZEROW (State Bar No. 195491)
Communities for a Better Environment
1440 Broadway Suite 701
Oakland, California 94612
Telephone: (510) 302-0430
Facsimile: (510) 302-0438
Email: slazerow@cbecal.org
ROBERT S. UKEILEY (State Bar No. 90056)
Pro Hac Vice
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Telephone: (859) 986-5402
Facsimile: (866) 618-1017
Email: rukeiley@igc.org

Attorney for Plaintiffs

|   |   |
|---|---|
| 1 | RONALD J. TENPAS |
| 2 | Assistant Attorney General |
|   | Environment and Natural Resources Division |
| 3 |   |
| 4 | Dated: November 26, 2008    /s/ Martha C. Mann |
|   | MARTHA C. MANN (Fla. Bar No. 155950) |
| 5 | Trial Attorney |
|   | United States Department of Justice |
| 6 | Environmental Defense Section |
|   | P.O. Box 23986 |
| 7 | Washington, D.C. 20026-3986 |
|   | Telephone: (202) 514-2664 |
| 8 | Facsimile: (202) 514-8865 |
|   | Email: martha.mann@usdoj.gov |
| 9 | Attorney for Defendants |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __December 1, 2008__     _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION
TO SUBMIT MOTION FOR ATTORNEY'S FEES     3     Case No. 07-03678 JSW

CERTIFICATE OF SERVICE
On November 26, 2008, a true and correct copy of the foregoing was served electronically via the Court's e-filing system to the following Counsel of Record.

Adrienne L. Bloch
Communities for a Better Environment
1440 Broadway, #701
Oakland, CA 94612
510-302-0430
510-302-0438 (fax)
abloch@cbecal.org

Shana D.G. Lazerow
Communities for a Better Environment
1440 Broadway
Suite 701
Oakland, CA 94612
(510) 302-0430
(510) 302-0438 (fax)
slazerow@cbecal.org

Robert Steven Ukeiley
435R Chestnut Street
Suite 1
Berea, KY 40403
859-986-5402
rukeiley@igc.org

Date: November 26, 2008

    /s/ Martha C. Mann
    MARTHA C. MANN