| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | CHARLES M. O'CONNOR (CA State Bar No. 56320)<br>Assistant United States Attorney |
| 3 | 450 Golden Gate Ave., 10th Floor<br>San Francisco, California 94102 |
| 4 | Tel:  (415) 436-7180 |
| 5 | RONALD J. TENPAS<br>Assistant Attorney General |
| 6 | Environmental and Natural Resources Division<br>MARTHA C. MANN (Fla. Bar No. 155950) |
| 7 | Trial Attorney<br>U.S. Department of Justice |
| 8 | Environmental Defense Section<br>P.O. Box 23986 |
| 9 | Washington, D.C. 20026-3986<br>Tel:  (202) 514-2664 |
| 10 | Fax:  (202) 514-8865<br>Email: martha.mann@usdoj.gov |
| 11 | |
| 12 | ATTORNEYS FOR DEFENDANTS |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, ROCKY MOUNTAIN CLEAN AIR ACTION, COALITION FOR A SAFE ENVIRONMENT, and PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No. C 07-3678 JSW<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO SUBMIT MOTION FOR ATTORNEY'S FEES** |

1  This stipulation is entered into by Plaintiffs, Communities for a Better Environment, Rocky Mountain Clean Air Action, Coalition for a Safe Environment, and Physicians for Social Responsibility-Los Angeles, and Defendants, the United States Environmental Protection Agency and Stephen L. Johnson, in consideration of the following facts:

1. The Court entered Judgment on November 24, 2008. Dkt. #44.

2. Pursuant to Local Rule 54-6, any motion for attorney's fees must be filed within 14 days of the entry of Judgment.

3. On December 1, 2008, the Court entered an order, pursuant to a stipulation by the Parties, extending the time to file a Motion for Attorney's fees until December 22, 2008. Dkt. # 46.

4. The Parties agree that there is good cause for a second extension of time for filing a Motion for Attorney's Fees until January 26, 2008. The Parties have agreed on a tentative settlement, and are drafting a settlement agreement. Counsel for the Parties plan to coordinate the finalization of the settlement during the holidays and presidential transition, and agree that an extension of an additional 35 days will be sufficient to complete the settlement process.

NOW, THEREFORE, pursuant to Local Rules 6-2 and 7-12, by and through their undersigned counsel, the Parties hereby stipulate to the entry of an order extending Plaintiff's time up to and including Monday, January 26, 2009, to file a Motion for Attorney's Fees.

Respectfully submitted,

Dated: December 12, 2008  /s/ Robert S. Ukeiley

ROBERT S. UKEILEY (State Bar No. 90056)
Pro Hac Vice
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Telephone: (859) 986-5402
Facsimile: (866) 618-1017
Email: rukeiley@igc.org
SHANA D.G. LAZEROW (State Bar No. 195491)
Communities for a Better Environment
1440 Broadway Suite 701
Oakland, California  94612

Telephone: (510) 302-0430
Facsimile: (510) 302-0438
Email: slazerow@cbecal.org

Attorney for Plaintiffs

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

Dated: December 12, 2008        /s/ Martha C. Mann
MARTHA C. MANN (Fla. Bar No. 155950)
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 514-2664
Facsimile: (202) 514-8865
Email: martha.mann@usdoj.gov

Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 12, 2008        _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

SECOND STIPULATION AND [PROPOSED] ORDER FOR EXTENSION
TO SUBMIT MOTION FOR ATTORNEY'S FEES        3        Case No. 07-03678 JSW