JOSEPH P. RUSSONIELLO
United States Attorney
CHARLES M. O'CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave., 10th Floor
San Francisco, California 94102
Tel:    (415) 436-7180

JOHN C. CRUDEN
Acting Assistant Attorney General
Environmental and Natural Resources Division
MARTHA C. MANN (Fla. Bar No. 155950)
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 514-2664
Fax:    (202) 514-8865
Email: martha.mann@usdoj.gov

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

THIRD STIPULATION AND [PROPOSED] ORDER FOR EXTENSION
TO SUBMIT MOTION FOR ATTORNEY'S FEES                Case No. 07-03678 JSW

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, ROCKY MOUNTAIN CLEAN AIR ACTION, COALITION FOR A SAFE ENVIRONMENT, and PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and LISA P. JACKSON, Administrator of the United States Environmental Protection Agency,[1]/ <br><br> Defendants. | Case No. C 07-3678 JSW <br><br> **THIRD STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO SUBMIT MOTION FOR ATTORNEY'S FEES** |

This stipulation is entered into by Plaintiffs, Communities for a Better Environment, Rocky Mountain Clean Air Action, Coalition for a Safe Environment, and Physicians for Social Responsibility-Los Angeles, and Defendants, the United States Environmental Protection Agency and Lisa P. Jackson, in consideration of the following facts:

1. The Court entered Judgment on November 24, 2008. Dkt. #44.

2. Pursuant to Local Rule 54-6, any motion for attorney's fees must be filed within 14 days of the entry of Judgment.

3. On December 1, 2008, the Court entered an order, pursuant to a stipulation by the Parties, extending the time to file a motion for attorneys' fees until December 22, 2008. Dkt. # 46.

4. On December 12, 2008, the Court entered an order, pursuant to a stipulation by the Parties, further extending the time to file a motion for attorneys' fees until January 26, 2009.

5. The Parties agree that there is good cause for a third extension of time for filing a Motion for Attorney's Fees until April 7, 2009. The Parties have reached a settlement as to

---

[1]/ Pursuant to Federal Rule of Civil Procedure 25(d), Lisa P. Jackson is substituted for Stephen L. Johnson.

attorneys' fees. The settlement has been finalized, and the Parties are in the process of executing the settlement agreement and arranging for payment of the fees. The requested extension allows for the payment of fees to be fully processed and performed, and the Parties agree that an extension of an additional 70 days will be sufficient to allow that process to be completed.

NOW, THEREFORE, pursuant to Local Rules 6-2 and 7-12, by and through their undersigned counsel, the Parties hereby stipulate to the entry of an order extending Plaintiffs' time up to and including Monday, April 7, 2009, to file a Motion for Attorneys' Fees.

Respectfully submitted,

Dated: January 23, 2009        /s/ Robert S. Ukeiley

ROBERT S. UKEILEY (State Bar No. 90056)
Pro Hac Vice
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Telephone: (859) 986-5402
Facsimile: (866) 618-1017
Email: rukeiley@igc.org

SHANA D.G. LAZEROW (State Bar No. 195491)
Communities for a Better Environment
1440 Broadway Suite 701
Oakland, California 94612
Telephone: (510) 302-0430
Facsimile: (510) 302-0438
Email: slazerow@cbecal.org

Attorney for Plaintiffs


JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division

Dated: January 23, 2009        /s/ Martha C. Mann

MARTHA C. MANN (Fla. Bar No. 155950)
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 514-2664

Facsimile: (202) 514-8865
Email: martha.mann@usdoj.gov

Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 26, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1 | CERTIFICATE OF SERVICE
2 | On January 23, 2009, a true and correct copy of the foregoing was served electronically via the Court's e-filing system to the following Counsel of Record.

Adrienne L. Bloch
Communities for a Better Environment
1440 Broadway, #701
Oakland, CA 94612
510-302-0430
510-302-0438 (fax)
abloch@cbecal.org

Shana D.G. Lazerow
Communities for a Better Environment
1440 Broadway
Suite 701
Oakland, CA 94612
(510) 302-0430
(510) 302-0438 (fax)
slazerow@cbecal.org

Robert Steven Ukeiley
435R Chestnut Street
Suite 1
Berea, KY 40403
859-986-5402
rukeiley@igc.org

Date: January 23, 2009

    /s/ Martha C. Mann
    MARTHA C. MANN

THIRD STIPULATION AND [PROPOSED] ORDER FOR EXTENSION
TO SUBMIT MOTION FOR ATTORNEY'S FEES     5     Case No. 07-03678 JSW